UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRÉA SPENCE, on behalf of herself and others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC and CAVALRY SPV I, LLC,<br><br>       Defendants. | CIVIL ACTION NO. _____ |

## **DEFENDANT CAVALRY SPV I, LLC'S RULE 7.1 DISCLOSURE STATEMENT**

Defendant Cavalry SPV I, LLC, by counsel, states pursuant to Federal Rule of Civil Procedure 7.1 that it is not a corporation and has no parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated:  June 26, 2014.

CAVALRY PORTFOLIO SERVICES, LLC
and CAVALRY SPV I, LLC

By their Attorneys,

/s/John J. O'Connor
John J. O'Connor
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2077
JOConnor@peabodyarnold.com

**CERTIFICATE OF SERVICE**

      I, John J. O'Connor, certify that on June 26, 2014, I electronically filed the foregoing **Defendant's Disclosure Statement** with the Clerk of the Court by First Class Mail, to counsel of record:

Elizabeth Ryan
John Roddy
Bailey & Glasser LLP
125 Summer Street, Suite 1030
Boston, MA 02110
eryan@baileyglasser.com
jroddy@baileyglasser.com

                                                                                 /s/John J. O'Connor
                                                                                 John J. O'Connor

824587_1
15646-98214