# Commonwealth of Massachusetts
## SUFFOLK SUPERIOR COURT
### Case Summary
### Civil Docket

## SUCV2014-00850
## Spence v Cavalry Portfolio Services, LLC et al

| | | | |
|---|---|---|---|
| **File Date** | 03/14/2014 | **Status** | Disposed: transfered to other court (dtrans) |
| **Status Date** | 06/30/2014 | **Session** | BLS2 - CtRm 1017, 3 Pemberton Sq,Boston |
| **Origin** | 1 - Complaint | **Case Type** | BH2 - Complex unfair trade practices |
| **Track** | B - Special Track (Business | **Lead Case** | **Jury Trial**   Yes |

### DEADLINES

| | Service | Answer | Rule12/19/20 | Rule 15 | Discovery | Rule 56 | Final PTC | Judgment |
|---|---|---|---|---|---|---|---|---|
| **Served By** | | | | | | | | |
| **Filed By** | | | | | | | | |
| **Heard By** | | | | | | | | |

### PARTIES

**Plaintiff**
Andrea  Spence
Active 03/14/2014

**Private Counsel 549632**
Elizabeth A Ryan
Bailey & Glasser, LLP
125 Summer Street
Boston, MA 02110
Phone: 617-439-6730
Fax: 617-951-3954
Active 03/14/2014 Notify

**Private Counsel 424240**
John J Roddy
Bailey & Glasser LLP
125 Summer Street
Suite 1030
Boston, MA 02110
Phone: 617-439-6730
Active 03/14/2014 Notify

**Defendant**
 Cavalry Portfolio Services, LLC
Served: 05/28/2014
Served (answr pending) 06/05/2014

**Private Counsel 555251**
John J O'Connor
Peabody & Arnold
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
Phone: 617-951-2100
Fax: 617-951-2125
Active 06/27/2014 Notify

**Defendant**
 Cavalry SPV I, LLC
Served: 05/28/2014
Served (answr pending) 06/05/2014

*** See Attorney Information Above ***

### ENTRIES

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
**Case Summary**
**Civil Docket**

## SUCV2014-00850
## Spence v Cavalry Portfolio Services, LLC et al

| Date | Paper | Text |
|------|-------|------|
| 03/14/2014 | 1.0 | Complaint (Business)& Jury Demand |
| 03/14/2014 | | Origin 1, Type BH2, Track B. |
| 03/14/2014 | 2.0 | Civil action cover sheet ($500,000.00) |
| 03/18/2014 | 3.0 | NOTICE OF ACCEPTANCE INTO THE BUSINESS LITIGATION SESSION "BLS2": |
| | | (Janet L. Sanders, Justice) Dated 3/17/14 Notice sent 3/18/14 |
| 05/12/2014 | 4.0 | Amended complaint & jury demand of Andrea Spence |
| 06/05/2014 | 5.0 | SERVICE RETURNED: Cavalry Portfolio Services, LLC(Defendant) FIrst |
| | | class mail 5/28/14 |
| 06/05/2014 | 6.0 | SERVICE RETURNED: Cavalry SPV I, LLC(Defendant) FIrst class mail |
| | | 5/28/14 |
| 06/27/2014 | | Copy of Petition for Removal to US Dist Court of defendants (US Dist |
| | | #14-cv-12655) |
| 06/30/2014 | | CASE REMOVED THIS DATE TO US DISTRICT COURT OF MASSACHUSETTS |

**EVENTS**

**I HEREBY ATTEST AND CERTIFY ON**

June 30, 2014 **, THAT THE**
**FOREGOING DOCUMENT IS A FULL,**
**TRUE AND CORRECT COPY OF THE**
**ORIGINAL ON FILE IN MY OFFICE,**
**AND IN MY LEGAL CUSTODY.**

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____

Ass. CLERK

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                                SUPERIOR COURT

| | | |
|---|---|---|
| ANDRÉA SPENCE, | ) | 14 0850 BLS |
| on behalf of herself and others | ) | |
| similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CAVALRY PORTFOLIO SERVICES, | ) | |
| LLC and CAVALRY SPV I, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### CLASS ACTION COMPLAINT

1.      This action seeks class-wide relief for Cavalry Portfolio Services, LLC and

Cavalry SPV I, LLC's ("Cavalry's") unlawful, unfair and deceptive debt collection practices in

Massachusetts. Cavalry is a high volume purchaser of defaulted consumer debt, buying charged-

off credit card debts typically for pennies on the dollar.

2.      After Cavalry purchases these debts it immediately and unlawfully inflates the

balance by retroactively adding interest for a time period when it did not own the debt, and when

the owner at the time waived the right to collect interest. Cavalry then seeks to collect this

unlawful interest though litigation and other methods, and reports the inflated balance to

consumer credit bureaus.

3.      Cavalry's actions violate the Fair Debt Collection Practices Act, 15 U.S.C. §1692,

*et seq.* ("FDCPA") and state law.

4.      Specifically, the FDCPA prohibits, *inter alia*, the use of any false, deceptive or

misleading statements in connection with the collection of a debt; the collection of any amount

not permitted by law; false representations as to the character, amount or status of a debt; threats to take an action which cannot legally be taken; and the communication of false credit information. 15 U.S.C. §§ 1692e(2), (5), (6), (8), (10), 1692f(1). It also requires debt collectors to give debtors certain information.

5.     Massachusetts law similarly prohibits unfair and deceptive debt collection practices, M.G.L. c. 93 § 49, as well as the reporting of inaccurate information to credit bureaus, M.G.L. c. 93 § 54A.

## VENUE AND JURISDICTION

6.     This Court has jurisdiction over this action and Cavalry pursuant to M.G.L. c. 214, §§ 1, 5; c. 212 § 3; c. 231A, §1.

7.     Venue is proper in this county because Ms. Spence resides in this county, and Cavalry directed its communications to Ms. Spence in this county.

## PARTIES

8.     Plaintiff Andréa Spence is a resident of Jamaica Plain, Massachusetts.

9.     Defendant Cavalry Portfolio Services, LLC is a limited liability company chartered under Delaware law with offices at 500 Summit Lake Drive, Suite 400, Valhalla, New York 10595. It does business in Massachusetts.

10.     Defendant Cavalry Portfolio Services, LLC is engaged in the business of collecting charged-off consumer debts originally owed to others. It is licensed as a debt collector by the Massachusetts Division of Banks.

11.     Cavalry Portfolio Services, LLC uses the mails in conducting its business.

12.     Cavalry Portfolio Services, LLC is a debt collector as defined by the FDCPA and Massachusetts law.

13.     Defendant Cavalry SPV I, LLC is a limited liability company chartered under Delaware law with offices at 500 Summit Lake Dr., Suite 400, Valhalla, NY 10595. It does business in Massachusetts.

14.     Defendant Cavalry SPV I, LLC is engaged in the business of purchasing or acquiring, or claims to purchase or acquire, charged-off consumer debts originally owed to others.

15.     Cavalry SPV I, LLC uses the mails and telephone system in conducting its business.

16.     Cavalry SPV I, LLC is a debt collector as defined in the FDCPA, and Massachusetts law.

17.     Cavalry SPV I, LLC is not licensed as a debt collector in Massachusetts.

18.     Defendants Cavalry Portfolio Services, LLC and Cavalry SPV I, LLC are affiliates and are under common management and control.

## FACTUAL ALLEGATIONS RELATING TO MS. SPENCE

19.     On or about August 13, 2009, FIA Card Services, N.A. ("FIA") sent Ms. Spence a collection letter on behalf of Bank of America, attached as Exhibit A, stating that she had an overdue account balance of $21,472 on a credit card account ("BOA account")

20.     The alleged debt was incurred for personal, family or household purposes.

21.     On August 20, 2009, FIA sent Ms. Spence another collection letter on behalf of Bank of America, with respect to the same credit card account that stated "This is Our Final Notice" and that the account was about to be written off as bad debt. The letter further stated that once the account was written off, it would be sold to a third party and the third party would continue to collect this balance. This letter is attached as Exhibit B.

22.     Bank of America charged-off Ms. Spence's BOA account in September 2009 in the amount of $21,355, but it retained the account until November 2011.

23.     Beginning in September 2009 through January 2011, Ms. Spence received at least six letters from a series of debt collectors seeking to collect the alleged BOA account debt on behalf of Bank of America, all stating the same Balance Due of $21,355.66. These letters are attached as Exhibit C.

24.     The final letter in this series was sent on January 8, 2011 by NCO Financial Systems Inc., on behalf of Bank of America. This letter stated that the Current Balance Due on January 8, 2011 was $21,355.66. Exhibit D.

25.     In November of 2011, Bank of America reported to Experian, Equifax and Trans Union that the charge-off amount for the BOA account was $21,355, and the High Balance was $21,472. Exhibit E.

26.     In November 2011, Bank of America sold the BOA account to Cavalry.

27.     One month later, on or about December 6, 2011, Cavalry Portfolio Services, LLC sent Ms. Spence the collection letter attached as Exhibit F on behalf of Cavalry SPV I, LLC, stating that it had purchased the alleged BOA account, and that the Current Balance now due was $ $26,794.32. The balance had increased by $5,438.66 in only one month.

28.     The amount Cavalry sought included retroactive interest on the charged-off debt, computed at an unknown rate of interest.

29.     The $5,438.66 in interest demanded in Cavalry's first letter to Ms. Spence, after only owning the account for one month, included interest prior to the date on which Cavalry claims to have purchased the alleged debt.

30.     Bank of America, and/or FIA Card Services, from which Cavalry allegedly purchased the debt, did not charge interest between the date the account was charged-off and the date it was sold to Cavalry, and in fact waived any interest charges during this time period.

31.     Bank of America, and/or FIA Card Services, did not send billing statements to Ms. Spence after it charged-off the account.

32.     On information and belief, Bank of America, and/or FIA Card Services, sold the debt in the amount of $21,355.66.

33.     It is the policy and practice of Cavalry to add interest to debts for the period prior to the date on which it claims to have purchased them, even if the original creditor of the debt did not add interest during that period.

34.     After its initial letter to Ms. Spence, Cavalry sent a series of collection letters seeking ever increasing amounts, based on the application of an unknown rate of interest.

35.     On February 7, 2012, Cavalry Portfolio Services, LLC, on behalf of Cavalry SPV I, LLC, sent Ms. Spence the collection letter attached as Exhibit G, stating that the Current Balance of the debt was $27,208.63.

36.     On August 10, 2012, Cavalry Portfolio Services, LLC sent Ms. Spence the collection letter attached as Exhibit H, stating that the Current Balance of the debt was $28,425.26.

37.     On October 18, 2012, Cavalry Portfolio Services, LLC sent Ms. Spence the collection letter attached as Exhibit I, stating that the Current Balance of the debt was $28,879.03.

38.     On December 26, 2012, Cavalry Portfolio Services, LLC sent Ms. Spence the collection letter attached as Exhibit J, stating that the Current Balance of the debt was $29,332.80.

39.     In November 2013, Cavalry reported the debt to Trans Union in the amount of $29,977. A copy of the trade-line from Ms. Spence's credit report is attached as Exhibit K.

40.     On December 5, 2013, American Coradius International LLC sent Ms. Spence the collection letter attached as Exhibit L on behalf of Cavalry SPV I, LLC, stating that the Account Balance was $29,977.28.

41.     There was no agreement between Ms. Spence and Cavalry authorizing the imposition of interest.

**FACTUAL ALLEGATIONS RELATING TO CAVALRY'S PRACTICES IN GENERAL**

42.     Cavalry purchases, or claims to purchase, credit card debts from banks months or years after the bank has charged-off the debts.

43.     Under federal banking regulations, a credit card debt must be charged-off when it is 180 days overdue (it may be charged-off earlier). Federal Financial Institutions Examination Council, Uniform Retail Credit Classification and Account Management Policy, 65 FR 36903 (June 12, 2000).

44.     Charge-off means that the credit card receivable is no longer carried on a bank's books as an asset.

45.     Standard form credit card agreements used by banks provide that the terms of the agreement can be changed from time to time, and that changes beneficial to the consumer such as a reduction in or waiver of interest may be effected immediately and without notice.

46.     For a variety of sound business reasons, most banks waive interest on credit card debts after charge-off for as long as the debts are held by the banks.

47.     Among other reasons for this practice, banks did not, and do not, want to increase the amount of bad debts on their books, for regulatory reasons.

6

48.     Federal regulations require banks to send periodic statements on all accounts, including defaulted accounts, for any period during which interest or fees are added to the account. 12 C.F.R.§226.5(b)(2)(I) ("[a] periodic statement need not be sent for an account if the creditor deems it uncollectible, if delinquency collection proceedings have been instituted, if the creditor has charged-off the account in accordance with loan-loss provisions and will not charge any additional fees or interest on the account. . . ."). Banks generally prefer to waive the interest and save the expense of preparing and sending statements.

49.     Cavalry engages in a practice of adding interest to credit card debts after the assignor bank has waived the interest. Specifically, Cavalry adds interest for the period between charge-off and its purchase of the debt.

50.     This addition of interest for this time period is improper. As assignee, Cavalry could only take what Bank of America could give. If Bank of America waived the right to add interest post-charge-off, Cavalry acquired the debt (if at all) subject to that waiver.

## CLASS ALLEGATIONS

51.     Ms. Spence brings this claim on behalf of a class, pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3).

52.     The class consists of (a) all individuals in Massachusetts; (b) whose debt Cavalry purchased; (c) the owner of the debt had ceased adding interest to it prior to Cavalry's purchase; (d) Cavalry added interest for a period prior to the date it purchased the debt; and (e) Cavalry sought to collect such additional interest, and/or reported a balance including such interest to a credit reporting agency.

53.     The class is so numerous that joinder of all members is not practicable.

54.     On information and belief, there are hundreds if not thousands of class members.

55.     There are questions of law and fact common to the class members, which common questions predominate over any questions relating to individual class members. The predominant common questions are:

    a.     Whether a debt buyer can retroactively charge interest on an account it has purchased when the prior owner waived such interest;

    b.     Whether Cavalry engages in a practice of adding or suing for such retroactive interest, or claiming the right to do so;

    c.     Whether the interest was waived by the prior owner;

    d.     Whether the proper interest rate was applied;

    e.     Whether inaccurate balance information was reported to credit reporting agencies;

    f.     Whether such conduct violates the FDCPA and/or state law.

56.     Ms. Spence's claim is typical of the claims of the class members. All are based on the same factual and legal theories.

57.     Ms. Spence will fairly and adequately represent the class members. Ms. Spence has retained counsel experienced in class actions and FDCPA litigation.

58.     A class action is superior for the fair and efficient adjudication of this matter, in that:

    a.     Individual actions are not economically feasible;

    b.     Members of the class are likely to be unaware of their rights;

    c.     Congress intended class actions to be the principal enforcement mechanism under the FDCPA.

## COUNT I – FDCPA

59.     The addition of unauthorized interest to debts is both a deceptive collection practice, in violation of 15 U.S.C. §§1692e, 1692e(2), 1692e(5), and 1692e(10), and an unfair collection practice, in violation of 15 U.S.C. §§1692f and 1692f(1).

60.     The reporting to credit reporting agencies of amounts not legally owed violates 15 U.S.C. §§1692e.

61.     As a result of Defendants' violations of the FDCPA, Ms. Spence and class members are entitled to actual and statutory damages pursuant to 15 U.S.C. § 1692k(a)(1), (2)(A), in an amount to be determined at trial by a jury; and reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) from both Defendants.

## COUNT II – MASSACHUSETTS CREDIT REPORTING

62.     The reporting of false information to credit bureaus violates M.G.L. c. 93, § 54A.

63.     Cavalry willfully and/or negligently violated c. 93, § 54A when it reported balances to the credit bureaus that included unauthorized interest.

64.     As a result of Cavalry's violations of c. 93, § 54A, it is liable for actual damages, punitive damages, in amounts to be determined at trial, and attorney's fees and costs, pursuant to c. 93 §§ 63 and 64.

## COUNT III – DECLARATORY AND EQUITABLE RELIEF

65.     Cavalry regularly (a) adds unauthorized interest to debts; (b) demands payment of such unauthorized interest; and (c) reports such unauthorized interest to credit bureaus.

## RELIEF REQUESTED

WHEREFORE, Ms. Spence respectfully requests that this Court enter judgment in her favor and that of the class and against the defendants for:

(1)     Statutory damages;

(2)     Actual damages equal to any unauthorized interest paid with pre-judgment interest thereon;

(3)     Attorneys' fees, litigation expenses and costs of suit;

(4)     Compensatory, nominal and punitive damages;

9

(5)     A declaration that Cavalry may not add interest to a debt for a period prior to its

alleged ownership of the debt where such interest had not been added by the owner of the

debt at that time;

(6)     An injunction prohibiting Cavalry from demanding such interest or reporting such

interest to credit bureaus;

(7)     Such other and further relief as is appropriate.

**TRIAL BY JURY IS DEMANDED**.

Respectfully submitted

**ANDRÉA SPENCE,**

By her attorneys:

_____

Elizabeth Ryan, BBO #549632

John Roddy, BBO #424240

Bailey & Glasser LLP

125 Summer Street, Suite 1030

Boston, MA 02110

Telephone: (617) 439-6730

Fax: (617) 951-3954

eryan@baileyglasser.com

jroddy@baileyglasser.com

I HEREBY ATTEST AND CERTIFY ON

June 30, 2014 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
        Asst. Clerk

Date: March 13, 2014

*EX. A*

# FIA CARD SERVICES™
www.FIAEasyPay.com

## *You have less than 15 days to work with us ...*

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN, MA 02130-0035

August 13, 2009

Account No.: 374322030494682

Dear Andrea C Spence,

Your FIA Card Services, N.A. account balance of $21,472 is scheduled to be written off as a bad debt this month.  For the next seven years, any potential employer, mortgage company, car dealership, or creditor may be able to see this bad debt on your credit file.

**Failure to set up payment arrangements by August 20, 2009 may result in your account balance being written off as a bad debt, and FIA Card Services, N.A. may consider taking one of the following actions:**

* **Selling or placing your account(s) with a third-party collection agency** FIA Card Services, N.A will grant permission to a third-party collection agency to attempt to collect and liquidate your accounts.

* **Referring your account(s) to an attorney for legal action** If a claim is filed against you and FIA Card Services, N.A is granted an award, our counsel would then seek to enforce the award against you under applicable law.

* **Retaining your account for further collection efforts** Even after FIA Card Services, N.A writes your accounts off as a bad debt, we will continue to contact you to collect your balance and liquidate your accounts.

You can prevent this from happening!  Call by August 20, 2009 at 1-866-441-2294 and we will work with you to make long term payment arrangements.

Sincerely,

Customer Assistance department

**P.S.  You may still be able to take advantage of the previous offers we have provided, but you need to call by August 20, 2009!**

### Please call 1-866-441-2294 today!
Monday to Friday 8:00 A.M. to 9:00 P.M. or
Saturday 8:00 A.M. to Noon
(Eastern time)

**182MEOPTNNAFCTCC**

Ca-blbdr

EX. B

# FIA CARD SERVICES™
www.FIAEasyPay.com

## *This is Our Final Notice...*

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN, MA 02130-0035

August 20, 2009

Account No.: 374322030494682

Dear Andrea C Spence,

This is our final notice to you regarding the above-referenced account. Please contact us by 10:00 P.M. Eastern time on August 28, 2009. If you do not contact us, this account will be written off as a bad debt. Once your account is written off, it may be placed for further collection by FIA Card Services, N.A. or sold to a third party to recover the full balance.

In the event that your account is sold to a third party, they will continue to collect this balance from you and liquidate the account. This can be done in various ways such as phone calls, letters, and possibly legal action. You will no longer have the opportunity to work out the specific payment arrangements that FIA Card Services, N.A. has tried to resolve with you over the past several months. Remember, FIA Card Services, N.A. has had a long relationship with you, the third party who will handle your account has not.

**Only you can prevent this from happening by calling 1-888-755-1566 and making a qualifying payment before 10:00 P.M. p.m. Eastern time. Time is running out!**

**Please call 1-888-755-1566, Monday to Friday 8:00 A.M. to 9:00 P.M. or Saturday 8:00 A.M. to Noon (Eastern time). Our knowledgeable associates are ready to assist you.**

Sincerely,

Customer Assistance department

P.S. If you choose not to make payment arrangements, your relationship with FIA Card Services, N.A. will be terminated, however, you will still be responsible for this debt. In addition, until the year 2016, any potential employer, mortgage company, car dealership, or creditor will be able to see this bad debt on your credit file.

183MEFINN1FFCTCC

Ca-blbdr

EX. C


Receivables Management, Inc.

4850 Street Rd. Suite 300
Trevose PA 19053

⬆ Please send all correspondence to the above address.

Telephone: 866-861-8471
September 8, 2009

Name : ANDREA C SPENCE
Account Number : 9379052                    PIN : N/A
Client Reference Number : 374322999723006
Client : BANK OF AMERICA

Your account has been referred to our office for Collections.

If this has been an oversight on your behalf, mail the balance in full to our office. If you are experiencing financial difficulties, call our office and a representative will assist you in negotiating a suitable arrangement.

The total account balance as of the date of this letter is shown below. Your account balance may increase because of interest or other charges, if so provided in your agreement with your creditor.

Telephone: 866-861-8471

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

By sending us a check or giving us your checking account information for payment, you authorize AllianceOne to collect funds electronically, in which case your check may not be returned to you. We can also arrange for a direct debit from your checking account.

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

### NOTICE OF IMPORTANT RIGHTS
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.
MASSACHUSETTS OFFICE HOURS ARE 8AM TO 8PM M–TH, 8AM TO 5PM FRI, 8AM TO 12 NOON SAT.

✂ Detach Bottom Portion And Return With Payment ✂

PO BOX 510987
LIVONIA MI 48151-6987
RETURN SERVICE REQUESTED

⬆ Mail return address only; send no letters

To contact us regarding your account, call:
866-861-8471

AllianceOne
Receivables Management, Inc.

| Regarding | | |
|---|---|---|
| BANK OF AMERICA | | |
| Client Reference Number | Balance | Amount Enclosed |
| 374322999723006 | $21355.66 | $  . |

⬇ Please make check or money order payable to:

S-ONAMFC10 L-3004 A-9379052 O-BAM
P0VEO500804259 I04263

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN MA 02130-0035

ALLIANCEONE RECEIVABLES MANAGEMENT INC.
PO BOX 3100
SOUTHEASTERN PA 19398-3100

BAM 0374322999723006 09379052 8 00000000 0002135566 0000000000 5



4850 Street Rd. Suite 300
Trevose PA  19053
⬆ Please send all correspondence to the above address

Telephone: 866-861-8471
November 16, 2009

Name : ANDREA C SPENCE

Account Number : 9379052        PIN : N/A

Client Reference Number : 374322999723006

Client :  BANK OF AMERICA

Your account has been referred to our office for Collections.

If this has been an oversight on your behalf, mail the balance in full to our office. If you are experiencing financial difficulties, call our office and a representative will assist you in negotiating a suitable arrangement.

Telephone: 866-861-8471

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

By sending us a check or giving us your checking account information for payment, you authorize AllianceOne to collect funds electronically, in which case your check may not be returned to you. We can also arrange for a direct debit from your checking account.

As of the date of this letter, you owe $21355.66. Your account balance may be periodically increased due to the addition of accrued interest or other charges if so provided in your agreement with your original creditor.

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

NOTICE OF IMPORTANT RIGHTS
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.
MASSACHUSETTS OFFICE HOURS ARE 8AM TO 8PM  M–TH, 8AM TO 5PM FRI, 8AM TO 12 NOON SAT.

✂ Detach Bottom Portion And Return With Payment  ✂

PO BOX 510987
LIVONIA MI 48151-6987
RETURN SERVICE REQUESTED

⬆ Mail return address only; send no letters

To contact us regarding your account, call:
866-861-8471

AllianceOne

| Regarding | | |
| --- | --- | --- |
| BANK OF AMERICA | | |
| Client Reference Number | Balance | Amount Enclosed |
| 374322999723006 | $21355.66 | $              . |

⬇ Please make check or money order payable to:

S-ONAMFC10 L-3004 A-9379052 O-BAM
P0XIMV00301072 I01077

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN MA 02130-0035

ALLIANCEONE RECEIVABLES MANAGEMENT INC.
PO BOX 3100
SOUTHEASTERN PA 19398-3100

BAM 0374322999723006 09379052 8 00000000 0002135566 0000000000 5

4285 Genesee Street
Cheektowaga, NY 14225-1943

**NORTHSTAR**
**LOCATION SERVICES, LLC**

1-866-328-8252
Hours Mon-Thur 8AM-10PM EST,
Fri 8AM-8PM, Sat 8AM-4PM EST

August 6, 2010

| Creditor: | Bank of America, N.A. |
|---|---|
| Account Number: | ***********3006 |
| Balance Due: | $21,355.66 |
| Amount Remitted: | $ |

201000000708569-LT1        *A-01-LA2-AM-14968-69

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN MA 02130-0035

NORTHSTAR LOCATION SERVICES, LLC
ATTN:  FINANCIAL SERVICES DEPT.
4285 GENESEE ST
CHEEKTOWAGA NY 14225-1943

*To ensure proper credit, return this portion with your payment.*

| Creditor | Account # | Balance Due | Amount Remitted |
|---|---|---|---|
| Bank of America, N.A. | ***********3006 | $21,355.66 | |

The above account has been referred to our office by Bank of America, N.A.. Your account is listed as delinquent with a total amount due of $21,355.66.

Federal law requires that we inform you this communication is from a professional debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. This collection agency is licensed by the Department of Consumer Affairs, the City of New York License # 1179143.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt to be valid. If you notify this office in writing within 30 days of receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

To make paying your account more convenient we offer the following payment options:
- Check-by-phone at 1-866-328-8252
- MoneyGram ExpressPayment
- Debit Card
- Web Pay at www.gotonls.com
- Pay in person at our office
- Enclose your payment in the envelope

You may contact a Northstar Account Representative toll free at 1-866-328-8252 or direct dial our Remittance Department at 1-866-328-8252 to make your payment.

NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO NORTHSTAR LOCATION SERVICES, LLC.

Massachusetts Office Location:        49 Winter Street Weymouth, MA 02188        Hours: Mon-Thurs 9AM-6PM EST



ACA

Payment website: https://www.gotonls.com

4285 Genesee Street
Cheektowaga, NY  14225-1943

**NORTHSTAR
LOCATION SERVICES, LLC**

1-866-328-8252
Hours Mon-Thur 8AM-10PM EST,
Fri 8AM-8PM, Sat 8AM-4PM EST

| | |
|---|---|
| Creditor: | Bank of America, N.A. |
| Account Number: | ***********3006 |
| Balance Due: | $21,355.66 |
| Amount Remitted: | $ |

September 7, 2010

201000000708569-B5N      *A-01-8P0-AM-00802-4

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN MA 02130-0035

NORTHSTAR LOCATION SERVICES, LLC
ATTN: FINANCIAL SERVICES DEPT.
4285 GENESEE ST
CHEEKTOWAGA NY 14225-1943

---

*To ensure proper credit, return this portion with your payment.*

| Creditor | Account # | Balance Due | Amount Remitted |
|---|---|---|---|
| Bank of America, N.A. | ***********3006 | $21,355.66 | |

Northstar Location Services, LLC would like to work with you in an effort to resolve the balance on the above account. We are willing to accept bi-weekly payments to be applied toward the outstanding balance. Should you wish to take advantage of this option, you must call our office by no later than 09/22/10.

You may also qualify for a hardship settlement for an amount less than the balance due. Feel free to contact our office at 1-866-328-8252 to discuss this option with one of our representatives.

Bank of America may be required by law to report this settlement to one or more taxing authorities. The Bank makes no representation about tax consequences this may have or any reporting requirements that may be imposed on the Bank. You should consult independent tax counsel of your own choosing if you desire advice about any tax consequences which may result from this settlement.

Please be advised that if this item does not clear through your bank, this settlement offer will be considered null and void.

Federal law requires that we inform you this communication is from a professional debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. This collection agency is licensed by the Department of Consumer Affairs, the City of New York License # 1179143.

To make paying your account more convenient we offer the following payment options:
- Check-by-phone at 1-866-328-8252
- MoneyGram ExpressPayment
- Debit Card
- Web Pay at www.gotonls.com
- Pay in person at our office
- Enclose your payment in the envelope

You may contact a Northstar Account Representative toll free at 1-866-328-8252 or direct dial our Remittance Department at 1-866-328-8252 to make your payment.

NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO NORTHSTAR LOCATION SERVICES, LLC.

Massachusetts Office Location:      49 Winter Street Weymouth, MA 02188      Hours: Mon-Thurs 9AM-6PM EST



ACA

Payment website: https://www.gotonls.com

4285 Genesee Street
Cheektowaga, NY 14225-1943

**NORTHSTAR
LOCATION SERVICES, LLC**

1-866-328-8252
Hours Mon-Thur 8AM-10PM EST,
Fri 8AM-8PM, Sat 8AM-4PM EST

September 27, 2010

| Creditor: | Bank of America, N.A. |
|---|---|
| Account Number: | ***********3006 |
| Balance Due: | $21,355.66 |
| Amount Remitted: | $ |

201000000708569-LT2     *A-01-MJ3-AM-00234-2

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN MA 02130-0035

NORTHSTAR LOCATION SERVICES, LLC
ATTN: FINANCIAL SERVICES DEPT.
4285 GENESEE ST
CHEEKTOWAGA NY 14225-1943

*To ensure proper credit, return this portion with your payment.*

| Creditor | Account # | Balance Due | Amount Remitted |
|---|---|---|---|
| Bank of America, N.A. | ***********3006 | $21,355.66 | |

Dear ANDREA C SPENCE:

Our records indicate we recently sent you a letter, but we have not received a response. We would like to assist you by customizing a payment arrangement based on your specific financial needs. Should you wish to take advantage of this assistance option, you must contact us immediately. We look forward to hearing from you.

Feel free to contact our office to negotiate a payment or detach and submit the top portion of this letter along with your payment immediately. If you prefer to take advantage of our Check-by-phone or Master Card/Visa, contact our office at 1-866-328-8252 to make arrangements.

Federal law requires that we inform you this communication is from a professional debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. This collection agency is licensed by the Department of Consumer Affairs, the City of New York License # 1179143.

To make paying your account more convenient we offer the following payment options:
- Check-by-phone at 1-866-328-8252
- MoneyGram ExpressPayment
- Debit Card
- Web Pay at www.gotonls.com
- Pay in person at our office
- Enclose your payment in the envelope

You may contact a Northstar Account Representative toll free at 1-866-328-8252 or direct dial our Remittance Department at 1-866-328-8252 to make your payment.

NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO NORTHSTAR LOCATION SERVICES, LLC.

Massachusetts Office Location:     49 Winter Street Weymouth, MA 02188     Hours: Mon-Thurs 9AM-6PM EST



Payment website: https://www.gotonls.com

PO BOX 15630
DEPT 27
WILMINGTON DE 19850

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

Calls to or from this company may be monitored
or recorded for quality assurance.

# NCO FINANCIAL SYSTEMS INC

507 Prudential Road, Horsham, PA 19044

1-800-218-1175
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Jan 8, 2011

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖   4754-79

FUH002
ANDREA C SPENCE
25 TOWER ST
JAMAICA PLAIN MA   02130-3704

CREDITOR: BANK OF AMERICA/MBNA
CREDITOR'S ACCOUNT #: 374322999723006
REGARDING: PAST DUE BALANCE
CURRENT BALANCE DUE: $ 21355.66

## ***Tax Season Offer***

Doesn't everyone love getting a tax return from all of their hard work? It's a time of year to make headway with your finances and eliminate debt. You can put that refund to good use. Take the first step by accepting this special Tax Season offer TODAY!

NCO Financial Systems, Inc. wants to offer you a quick way to settle your account. We can accept $12813.40 as a lump sum of the above amount. This way you can resolve your account and use the savings however you want! You have worked hard all year to earn that refund, so put it to good use.

This offer will expire 45 days after the above date. If you are unable to take advantage of this offer or you are not getting a refund check, please call us and speak to one of our trained representatives who will work with you to try and establish an alternative re-payment plan. Our representatives have successfully assisted individuals in similar financial situations and are available during the hours listed above.

Mail your payment along with the payment coupon, or a copy thereof, or call us at 1-800-218-1175.

You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is CFUH0022-78FD1H.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

MA ADDR:10 NEW ENGLAND BUSINESS CENTER DR, STE 204
ANDOVER,MA 01810. OFC HRS:8:00AM-5:00PM MON-FRIDAY
SEE BACK OF PAGE FOR A NOTICE OF IMPORTANT RIGHTS

| Our Account # | Current Balance Due |
|---|---|
| FUH002 | $ 21355.66 |

ANDREA C SPENCE
Payment Amount

$

Check here if your address or phone number has
changed and provide the new information below.

Make Payment To:

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
NCO FINANCIAL SYSTEMS
PO BOX 17080
WILMINGTON DE 19850-7080

NCOP E4
79

012700FUH0024000000270000000021355663

*EX. D*

PO BOX 15630
DEPT 27
WILMINGTON DE 19850

███████████████████████████████████████████

Calls to or from this company may be monitored
or recorded for quality assurance.

**NCO FINANCIAL SYSTEMS INC**

507 Prudential Road, Horsham, PA 19044

1-800-218-1175
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Jan 8, 2011

CREDITOR: BANK OF AMERICA/MBNA
CREDITOR'S ACCOUNT #: 374322999723006
REGARDING: PAST DUE BALANCE
CURRENT BALANCE DUE: $ 21355.66

ılıılıılııllılıılıılıılllıılıılıllıılıılllılıılıılll   4754-79

FUH002
ANDREA C SPENCE
25 TOWER ST
JAMAICA PLAIN MA   02130-3704

## ***Tax Season Offer***

Doesn't everyone love getting a tax return from all of their hard work? It's a time of year to make headway with your finances and eliminate debt. You can put that refund to good use. Take the first step by accepting this special Tax Season offer TODAY!

NCO Financial Systems, Inc. wants to offer you a quick way to settle your account. We can accept $12813.40 as a lump sum of the above amount. This way you can resolve your account and use the savings however you want! You have worked hard all year to earn that refund, so put it to good use.

This offer will expire 45 days after the above date. If you are unable to take advantage of this offer or you are not getting a refund check, please call us and speak to one of our trained representatives who will work with you to try and establish an alternative re-payment plan. Our representatives have successfully assisted individuals in similar financial situations and are available during the hours listed above.

Mail your payment along with the payment coupon, or a copy thereof, or call us at 1-800-218-1175.

You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is **CFUH0022-78FD1H**.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)**

MA ADDR:10 NEW ENGLAND BUSINESS CENTER DR, STE 204
ANDOVER,MA 01810. OFC HRS:8:00AM-5:00PM MON-FRIDAY
SEE BACK OF PAGE FOR A NOTICE OF IMPORTANT RIGHTS

| Our Account # | Current Balance Due |
|---|---|
| FUH002 | $ 21355.66 |
| ANDREA C SPENCE | |
| Payment Amount | |

$

Check here if your address or phone number has
changed and provide the new information below.

Make Payment To:

ılıılllıllılıılılılllıılıılllıılıılılıılılılıılıll
NCO FINANCIAL SYSTEMS
PO BOX 17080
WILMINGTON DE 19850-7080

NCOP  E4
79

012700FUH00240000002700000000021355663

EX. E

Consumer Credit Report for ANDREA C. SPENCE

File Number: 327270439   Date Issued: 11/14/2013

Redacted



**BANK OF AMERICA #37432299972****** ( PO BOX 982235, EL PASO, TX 79998-2235, Phone number not available )

| | |
|---|---|
| Date Opened: | 12/02/1993 |
| Responsibility: | Individual Account |
| Account Type: | Revolving Account |
| Loan Type: | CREDIT CARD |

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 11/18/2011 |
| Payment Received: | $0 |
| Last Payment Made: | 01/05/2009 |
| High Balance: | $21,472 |
| Original Charge-off: | $21,355 |
| Credit Limit: | $19,900 |

| | |
|---|---|
| Pay Status: | ›Charged Off‹ |
| Date Closed: | 05/08/2009 |
| Date Paid: | 01/05/2009 |
| | ›Maximum Delinquency of 120 days in 06/2009 and in 08/2009‹ |

Remarks: PURCHASED BY ANOTHER LENDER; ›UNPAID BALANCE CHARGED OFF‹
Estimated month and year that this Item will be removed: 02/2016

| | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

| | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R |

**To dispute online go to:** http://transunion.com/disputeonline

**Page: 3 of 7**

Consumer Credit Report for ANDREA C. SPENCE                    File Number: 327270439   Date Issued: 11/14/2013

| | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/20... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | N/R | 670 | 120 | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | |

| | 10/2008 | 09/2008 | 08/2008 | 07/2008 | 06/2008 | 05/2008 | 04/2008 | 03/2008 | 02/2008 | 01/2008 | 12/2007 | 11/2007 | 10/2007 | 09/2007 | 08/2007 | 07/2... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |

| | 06/2007 | 05/2007 | 04/2007 | 03/2007 | 02/2007 | 01/2007 | 12/2006 | 11/2006 | 10/2006 | 09/2006 | 08/2006 | 07/2006 | 06/2006 | 05/2006 | 04/2006 | 03/2... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |

| | 02/2006 | 01/2006 | 12/2005 | 11/2005 | 10/2005 | 09/2005 | 08/2005 | 07/2005 | 06/2005 | 05/2005 | 04/2005 | 03/2005 | 02/2005 | 01/2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |



Redacted

Satisfactory Accounts

Redacted

**To dispute online go to: http://transunion.com/disputeonline**

**Experian**
A world of insight

Prepared for: ANDREA C SPENCE
Date: November 25, 2013
Report number: 0496-1621-95

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Payment history legend

| | |
|---|---|
| VS | Voluntarily surrendered |
| R | Repossession |
| PBC | Paid by creditor |
| IC | Insurance claim |
| G | Claim filed with government |
| D | Defaulted on contract |
| C | Collection |
| CO | Charge off |
| CLS | Closed |
| ND | No data for this time period |

| | |
|---|---|
| | Current/Terms of agreement met |
| | Account 30 days past due |
| | Account 60 days past due |
| | Account 90 days past due |
| | Account 120 days past due |
| | Account 150 days past due |
| 180 | Account 180 days past due |
| CRD | Creditor received deed |
| FS | Foreclosure proceedings started |
| F | Foreclosed |

## ■ Credit items

**BANK OF AMERICA**
PO BOX 982235
EL PASO TX 79998
No phone number available
Partial account number
3743229972....
Address identification number
0595262479

| Date opened | Type | Credit limit or original amount | Recent balance |
|---|---|---|---|
| Dec 1993 | Credit card | $19,900 | Not reported as of Nov 2011 |
| First reported | Terms | High balance | |
| Jan 2002 | Not reported | $21,472 | |
| Date of status | Monthly payment | | |
| Nov 2011 | Not reported | | |

**Responsibility**
Individual
**Status**
Closed. $21,355 written off.
**Creditor's statement**
"Purchased by another lender."

**Payment history**

2011
OCT NOV AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL

2010
JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC

2009
NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC CO CO



Redacted
Redacted
Redacted
**Phone number**
Redacted
**Partial account number**
Redact
**Address identification number**
Redacted

| Date opened | Type | Credit limit or original amount | Recent balance |
|---|---|---|---|
| Redacte | Redacted | Redact | Redacted |
| First reported | Terms | High balance | Red |
| Redacte | Redacted | Redact | Recent payment |
| Date of status | Monthly payment | | Red |
| Redact | Red | | |

**Responsibility**
Redacte
**Status**
Reda
cted
**Creditor's statement**
Redacted

2008
AUG JUL JUN

2007
MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT

2006
SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC

2005
NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC

2004

0018273004

Redacted

| Account Number | | Date Opened | High Credit | Credit Limit | | | Terms Duration | | Terms Frequency | | Months Rivwd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | | Redacted | | | R | Redacted | |
| Date Reported | Balance Amount | Amount Past Due | Date of Last Paymt | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | | Date of Last Activity | Date Maj. Del. 1st Pymd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| Redacted | R | | Redact | Redacted | Red | | | Redact | | R | | | | Redact |
| Status - | | | | | Redacted | | | | | | | | | |

**Bank of America** ...
| Account Number | | Date Opened | High Credit | Credit Limit | | | Terms Duration | | Terms Frequency | | Months Rivwd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37432299972* | | 12/02/1993 | | $0 | | | | | Monthly | | 99 | Transfer/Sold | |
| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymt | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | | Date of Last Activity | Date Maj. Del. 1st Pymd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 11/18/2011 | $0 | | 01/2009 | | | 03/2009 | | 03/2009 | 08/2009 | $21,355 | | | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Transferred or Sold; Charged Off Account;

Account History
with Status Codes

| | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | |
|---|---|---|---|---|---|---|---|
| | 4 | 4 | 4 | 3 | 2 | 1 | |

Redacted

| Account Number | | Date Opened | High Credit | Credit Limit | | | Terms Duration | | Terms Frequency | | Months Rivwd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Redac | | | Redact | | | | Redacted | | | | R | Redacted | |
| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymt | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | | Date of Last Activity | Date Maj. Del. 1st Pymd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| Redacted | | | | | | | | | | | | | | |
| Status - | | | | | Redacted | | | | | | | | | |

Account History
with Status Codes

Redacted

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | Date of Last Delinq | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ReR | Redacted | | | | | | | | | | |
| Red | Redact | Red | Red | Redact | Redact | Redact | Redact | | | | |
| Additional Information: | | | | | | | | | | | |
| Redacted | | Red | Red | Redact | Redact | Redact | Redact | | Redacted | | |
| Additional Information: | | | | | | | | | | | |
| Redacted | | Red | Red | Redact | Redact | Redact | Redact | | Redacted | | |
| Additional Information: | | | | | | | | | | | |
| Redacted | | Red | Red | Redact | Redact | Redact | Redact | | Redacted | | |

Redacted

( Continued On Next Page )

EX. F

PO Box 1017
Hawthorne, NY 10532    14 17 00001591
                        940602



**Phone: 1-800-501-0909 • FAX: 1-914-347-1973**
www.cavalryportfolioservices.com

December 6, 2011

RE: **Original Institution:** Bank of America/FIA Card Services, N.A.
**Original Account No.:** 374322030494682
**Cavalry Account No.:** 17025153
**Outstanding Balance:** $26,794.32

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN, MA 02130-0035

Dear ANDREA C SPENCE

> **35% DISCOUNT OFFER**
> **YOU PAY ONLY $17,416.31**

This letter serves as notice that the above referenced account has been purchased by Cavalry SPV I, LLC from FIA Card Services, N.A., and has been referred to Cavalry Portfolio Services, LLC ("Cavalry") for collection.

It is important that you:

> ► Contact us to arrange repayment terms (however, see your validation rights below).
> ► Forward all future payments to the address listed below on the payment coupon in order to ensure proper credit and avoid delays in payment posting.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.

If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.

If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

If you have any questions or would like to discuss payment solutions you may speak to a Customer Service Representative to resolve your account by calling us toll free at (866) 842-2603.

Sincerely,

Oscar J. Chelf

**THIS OFFER EXPIRES 45 DAYS FROM THE DATE OF THIS CORRESPONDENCE**

> **THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR**
> **THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**
> **SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING YOUR RIGHTS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### 35% DISCOUNT
### PAYMENT COUPON

Please detach and return this portion with your payment in the enclosed envelope. Be sure the address below shows through the return envelope window.

Make Checks and Money Orders Payable to
Cavalry Portfolio Services, LLC.

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN, MA 02130-0035

**Cavalry Portfolio Services, LLC**
PO Box 27288
Tempe, AZ 85285-7288

| | |
|---|---|
| Cavalry Account No.: | 17025153 |
| Outstanding Balance: | $26,794.32 |
| Settlement Amount: | $17,416.31 |

CAV823,
CAV.w4d, V1
940602

**NO CALLS ARE NECESSARY IF PAYMENT IS INCLUDED**

EX. G



PO Box 1017
Hawthorne, NY 10532

1 1 00000075
967091

Phone: (866) 842-2603
www.cavalryportfolioservices.com



February 7, 2012

RE: Original Institution:    Bank of America/FIA Card Services, N.A.
    Original Account No.:    374322030494682
    Cavalry Account No.:     17025153
    Outstanding Balance:     $27,208.63

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN, MA  02130-0035

## ARE YOU GETTING A TAX REFUND? WHY NOT USE IT TO TAKE ADVANTAGE OF ONE OF OUR GREAT OFFERS THIS YEAR.

### 30% OFF

Cavalry wants you to get the most out of your tax refund this year by offering a   **30%**   discount to help pay your account.

Even if you didn't get a tax refund, you are still entitled to take advantage of this great offer. That's right, you can settle your account *right now for* **$19,046.04**. Simply mail your payment along with the coupon at the bottom of this page in the enclosed envelope.

If you prefer, you can also pay this off in **5 monthly installments of $4,353.38**. A Savings of **20%**.

Please feel free to call us at *(866) 842-2603* to discuss this or the many exciting payment programs available at Cavalry. You can also visit us online at www.cavalryportfolioservices.com to make a payment or check account information.

Sincerely,
Oscar J. Chelf

*This Offer Expires 30 Days From The Date Of This Correspondence.*

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING YOUR RIGHTS

*EX. #*



PO Box 1017
Hawthorne, NY 10532

3 3 00800296
163060

**Phone: 866-884-0799**
www.cavalryportfolioservices.com



August 10, 2012

RE: Original Institution:      "Bank of America/FIA Card Services, N.A."
Original Account No.:     374322030494682
Cavalry Account No.:      17025153
Outstanding Balance:      $28,425.26

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN, MA  02130-0035

## SUMMER SAVINGS PROGRAM

Dear ANDREA C SPENCE

At Cavalry, we know how important it is to stretch every dollar as far as you can. That's why we've come up with a special *SUMMER SAVINGS PROGRAM* that will help you to pay off this debt.

| | |
|---|---|
| **20%** INSTANT DISCOUNT | PAY ONLY **$22,740.21** |
| **10%** DISCOUNT OFFER | 5 EASY INSTALLMENTS OF **$5,116.55** |

Please *call us today at 866-884-0799 to discuss this fantastic offer, and the many other payment plan options* that Cavalry has available to assist you in paying off your account.

If you would like to pay your account via our secure website, or to receive future offers by email, please visit us at https://payments.cavalryportfolioservices.com.

Sincerely,
Judy Rahlf

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR
THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING YOUR RIGHTS

*EX. I*



Phone: (866) 883-0399
www.cavalryportfolioservices.com

PO Box 520
Valhalla, NY 10595

4 10 00001124
192224



October 18, 2012

RE: Original Institution:    Bank of America/FIA Card Services, N.A.
Original Account No.:    374322030494682
Cavalry Account No.:    17025153
Outstanding Balance:    $28,879.03

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN, MA  02130-0035

*BOA / AMEX*

# FRESH START PROGRAM

Dear ANDREA C SPENCE,

At Cavalry, we recognize the importance of your overall financial health during these difficult economic times.

Consumers are taking control of their finances by spending less and paying down debt.

Cavalry would like to help you by offering a **30% discount** to pay down your debt, and get you back on the road to financial recovery.

If you prefer, you may also choose a **20% discount and pay in 5 monthly installments of $4,620.64.**

If you would like to pay your account via our secure web site, or check account information, please visit us at **https://payments.cavalryportfolioservices.com**

If these offers don't fit into your current budget, please call us at (866) 883-0399 and we will work with you to tailor a solution that falls within your finances.

| 30% DISCOUNT PAY ONLY **$20,215.32** | OR | 20% DISCOUNT PAY ONLY 5 INSTALLMENTS OF **$4,620.64** |
|---|---|---|

This offer expires thirty days from the date of this letter. We are not obligated to renew this offer.

Sincerely,
Cavalry Portfolio Services, LLC

---

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING YOUR RIGHTS

*EX. J*



PO Box 520
Valhalla, NY 10595

S 12 00001261
214698

**Phone: (800) 861-4839**
www.cavalryportfolioservices.com



December 26, 2012

RE: Original Institution:   Bank of America/FIA Card Services, N.A.
Original Account No.:   374322030494682
Cavalry Account No.:   17025153
Outstanding Balance:   $29,332.80



ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN, MA  02130-0035

# FRESH START PROGRAM

Dear ANDREA C SPENCE,

At Cavalry, we recognize the importance of your overall financial health during these difficult economic times. Consumers are taking control of their finances by spending less and paying down debt.

Cavalry would like to help you by offering a **40% discount** to pay down your debt, and get you back on the road to financial recovery.

If you prefer, you may also choose a **30% discount and pay in 5 monthly installments of $4,106.59.**

If you would like to pay your account via our secure web site, or check account information, please visit us at **https://payments.cavalryportfolioservices.com**

If these offers don't fit into your current budget, please call us at (800) 861-4839 and we will work with you to tailor a solution that falls within your finances.

| 40% DISCOUNT PAY ONLY $17,599.68 | OR | 30% DISCOUNT PAY ONLY 5 INSTALLMENTS OF $4,106.59 |
|---|---|---|

This offer expires thirty days from the date of this letter. We are not obligated to renew this offer.

Sincerely,
Cavalry Portfolio Services, LLC

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING YOUR RIGHTS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PAYMENT COUPON

Please detach and return this portion with your payment.

*EX. K*

Consumer Credit Report for ANDREA C. SPENCE                    File Number: 327270439   Date Issued: 11/14/2013

Redacted

**CAVALRY PORTFOLIO SVCS #1702****** ( 500 SUMMIT LAKE DR, STE 4A, VALHALLA, NY 10595, (800) 501-0909 )

| | | | |
|---|---|---|---|
| **Placed for collection:** 11/29/2011 | **Balance:** | $29,977 | **Pay Status:** ›In Collection‹ |
| **Responsibility:** Individual Account | **Date Updated:** | 11/11/2013 | |
| **Account Type:** Open Account | **Last Payment Made:** | 01/05/2009 | |
| **Loan Type:** COLLECTION AGENCY/ATTORNEY | **Original Amount:** | $21,356 | |
| | **Original Creditor:** | BANK OF AMERICA (Banking) | |
| | **Past Due:** | ›$29,977‹ | |

**Remarks:** ›PLACED FOR COLLECTION‹
**Estimated month and year that this item will be removed:** 02/2016

Redacted

Satisfactory Accounts

Redacted

**To dispute online go to: http://transunion.com/disputeonline**

EX. L

35A RUST LANE
BOERNE, TX 78006-8202





American Coradius International LLC
Toll Free: 1-888-400-7808

December 5, 2013

| | |
|---|---|
| Creditor: | CAVALRY SPV I, LLC |
| Original Creditor: | BANK OF AMERICA/FIA CARD SERVICES |
| Account Number: | 374322030494682 |
| Account Balance: | $29,977.28 |
| Amount Remitted: | $ |

6318438          1 AT   *A-02-283-AM-00515-3        NTC1M

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN MA 02130-0035



Make Checks Payable to:

AMERICAN CORADIUS INTERNATIONAL LLC
2420 SWEET HOME RD STE 150
AMHERST NY 14228-2244

RE:

---

*PLEASE DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT IN THE ENVELOPE PROVIDED*

---

| Creditor
CAVALRY SPV I, LLC | Original Creditor
BANK OF AMERICA/FIA CARD
SERVICES, N.A. | Account #
374322030494682 | Account Balan
$29,977.28 |
|---|---|---|---|

Dear Andrea C Spence

We are writing to you regarding your CAVALRY SPV I, LLC account. This account has been placed with our office for collection.

As of the date of this letter you owe $29,977.28. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence if you pay the amount shown above, an adjustment may be necessary after we receive your payment. If an adjustment is made, we may attempt to contact you again about the adjustment. For further information, write the undersigned or call 1-888-400-7808.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,

American Coradius International LLC
A Professional Debt Recovery Agency

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Calls to or from this company may be monitored or recorded for quality assurance purposes.

MASSACHUSETTS LOCAL ADDRESS: 15 UNION ST., LAWRENCE, MA 01840
*PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS*

NOTICE OF IMPORTANT RIGHTS. YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN (10) DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN (7) DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

---

**For your convenience you can now resolve this matter online . Logon to www.acibillpay.com to see the repayment options available to you.**
**You will need your 7 digit ACI reference number 6318438 available when you log in.**
**You can now make payment arrangements on your account using checking, credit card or debit card accounts.**

 

---

Office Address: 2420 Sweet Home Rd Ste 150, Amherst NY 14228-2244
Hours of Operation: Mon-Thurs: 8AM-9PM, Fri: 8AM-5PM, Sat: 8AM-12PM EST

ACIL

| CIVIL ACTION COVER SHEET | DOCKET NO(S) **B.L.S.**<br>**14  0850** | Trial Court Of Massachusetts Superior Court Department County:<br>SUFFOLK |
|---|---|---|
| PLAINTIFF(S)<br>Andréa Spence, on behalf of herself and others similarly situated, | | DEFENDANT(S)<br>Cavalry Portfolio Services, LLC and Cavalry SPV I, LLC |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Board of Bar Overseers number<br>Elizabeth Ryan, Bailey & Glasser LLP<br>125 Summer Street, Suite 1030<br>Boston, MA 02110    BBO # 549632  617-439-6730 | | ATTORNEY (if known) |

Origin Code Original Complaint

Original Complaint

TYPE OF ACTION AND TRACK DESIGNATION (See reverse side) CODE NO. TYPE OF ACTION (specify) TRACK IS THIS A JURY CASE? *
_____ (B) ( ) Yes ( ) No

| Code No. | Type of Action | Track | Jury Case? |
|---|---|---|---|
| BH.2 | Class Action For Unfair Debt Collection | | Yes |

The following is a full and detailed statement of the facts on which plaintiff relies to determine eligibility in to The Business Litigation Session.

This action seeks monetary damages and injunctive relief on behalf of a class of Massachusetts consumers, for the defendants' unfair and deceptive debt collection practices, namely adding illegal interest to consumer debts it purchased, then seeking to collect the illegal interest and reporting it as due and owing to the credit bureaus. When the consumer debts at issue are charged off by banks, the banks waive the right to collect interest because they stop sending periodic statements. Federal regulations require banks to send periodic statements on all accounts, including defaulted accounts, for any period during which interest or fees are added to the account. 12 C.F.R. §226.5(b)(2)(I).
This action involves complex claims revolving around the interplay of federal banking regulations, the purchase of defaulted consumer debt in bulk, the Fair Debt Collections Practices Act, and state debt collection and credit reporting laws and regulations. It involves hundreds if not thousands of class members, and seeks actual damages, and statutory damages in the amount of at least $500,000.

* A Special Tracking Order shall be created by the Presiding Justice of the Business Litigation Session at the Rule 16 Conference.

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT.

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods." Signature of Attorney of Record
DATE: March 13, 2014

I HEREBY ATTEST AND CERTIFY ON
__June 30, 2014__, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
Asst. Clerk

**CIVIL COVER SHEET ATTACHMENT**

*Andréa Spence v. Cavalry Portfolio Services, LLC, et al.*
**(filed March 13, 2014)**

| |
|---|
| **Additional Plaintiff Attorney:** |
| John Roddy, BBO #424240 |
| Bailey & Glasser LLP |
| 125 Summer Street, Suite 1030 |
| Boston, MA 02110 |
| Telephone: (617) 439-6730 |
| Fax: (617) 951-3954 |
| jroddy@baileyglasser.com |

Nobby

3

**Commonwealth of Massachusetts**
County of Suffolk
The Superior Court

CIVIL DOCKET#: **SUCV2014-00850-BLS2**

RE: Spence vs. Cavalry Portfolio Services, LLC et al

## NOTICE OF ACCEPTANCE INTO BUSINESS LITIGATION SESSION

This matter has been accepted into the Suffolk Business Litigation Session. It has been assigned to **BLS2**.

Hereafter, as shown above, all parties must include the initials **"BLS2"** at the end of the docket number on all filings.

Counsel for the plaintiff(s) is hereby advised that within seven (7) days of the filing of an appearance, answer, motion or other response to the complaint by or on behalf of the defendant(s) which has been served with process with in the time limitation of Mass. R. Civ. P. Rule 4(j), or such other time as may be modified by the Court, he or she shall send notice thereof to the **BLS2** Session Clerk, Suffolk Superior Court, Three Pemberton Square, Boston, MA 02108.

Upon receipt of such notice, the Court will issue a Notice of Initial Rule 16 Conference for purposes of meeting with all counsel. Before the Rule 16 conference counsel shall discuss with their clients and with opposing counsel whether the parties will participate in the BLS Pilot Project on Discovery (counsel are directed to http://www.mass.gov/courts/courtsandjudges/courts/superiorcourt/index.html for description of the Project). Counsel may indicate their respective client's participation by completing, filing and serving the attached form. If by the date of the initial Rule 16 Conference, not all parties have given notice of their participation, counsel shall be prepared to discuss at that conference whether their clients will participate in the Pilot Project.

The Court requests that plaintiff's counsel serve on opposing parties a copy of this notice and the attached form.

Dated: 03/17/2014

Notice
Sent
03.18.14
EAR
JSR
BtGrp
rmd 1

_____
Janet L. Sanders
Justice of the Superior Court

I HEREBY ATTEST AND CERTIFY ON
June 30, 2014 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
Asst. Clerk

**Commonwealth of Massachusetts**
County of Suffolk
The Superior Court

CIVIL DOCKET#: **SUCV2014-00850-BLS2**

RE:    Spence v Cavalry Portfolio Services, LLC et al

As you may know, the Business Litigation Session began implementing a Discovery Pilot Project in January, 2010. This pilot project is available on a voluntary basis for all new cases accepted into the BLS and for cases which have not previously had an initial case management conference. Counsel should be prepared to discuss the pilot project with the Court at the initial case management conference.  For a detailed copy of the BLS Pilot Project, counsel are directed to the Trial Court home page at: http://www.mass.gov/courts/courtsandjudges/courts/superiorcourt/index.html)

If a party is willing to participate in the project, that party's counsel should so indicate below and return this form to the appropriate session clerk.

Yes,_____ is willing to participate in the Discovery Pilot Project.
(Party's Name)

Case Name Spence v Cavalry Portfolio Services, LLC et al

Docket Number CIVIL DOCKET#: **SUCV2014-00850-BLS2**

Counsel For_____          Date_____

Firm Name and Address
_____

_____

_____

Please sign and return to:
Helen Foley, Asst. Clerk          **OR**          Richard V. Muscato, Jr., Asst. Clerk
BLS1, Room 1309                                    BLS2, Room 1017
3 Pemberton Square                                3 Pemberton Square
Boston, MA 02108                                   Boston, MA 02108

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                         SUPERIOR COURT

ANDRÉA SPENCE,                          )
on behalf of herself and others         )
similarly situated,                     )
                                        )          Case No. SUCV2014-00850-BLS2
                Plaintiff,              )
                                        )
        vs.                             )
                                        )
CAVALRY PORTFOLIO SERVICES,             )
LLC and CAVALRY SPV I, LLC,             )
                                        )
                Defendants.             )

**AMENDED CLASS ACTION COMPLAINT**

1.      This action seeks class-wide relief for Cavalry Portfolio Services, LLC and

Cavalry SPV I, LLC's ("Cavalry's") unlawful, unfair and deceptive debt collection practices in

Massachusetts. Cavalry is a high volume purchaser of defaulted consumer debt, buying charged-

off credit card debts typically for pennies on the dollar.

2.      After Cavalry purchases these debts it immediately and unlawfully inflates the

balance by retroactively adding interest for a time period when it did not own the debt, and when

the owner at the time waived the right to collect interest. Cavalry then seeks to collect this

unlawful interest though litigation and other methods, and reports the inflated balance to

consumer credit bureaus.

3.      Cavalry's actions violate the Fair Debt Collection Practices Act, 15 U.S.C. §1692,

*et seq.* ("FDCPA") and state law.

4.      Specifically, the FDCPA prohibits, *inter alia*, the use of any false, deceptive or

misleading statements in connection with the collection of a debt; the collection of any amount

not permitted by law; false representations as to the character, amount or status of a debt; threats to take an action which cannot legally be taken; and the communication of false credit information. 15 U.S.C. §§ 1692e(2), (5), (6), (8), (10), 1692f(1). It also requires debt collectors to give debtors certain information.

5.      Massachusetts law similarly prohibits unfair and deceptive debt collection practices, M.G.L. c. 93 § 49, as well as the reporting of inaccurate information to credit bureaus, M.G.L. c. 93 § 54A.  Cavalry's actions also violate M.G.L. c. 93A, § 2.

## VENUE AND JURISDICTION

6.      This Court has jurisdiction over this action and Cavalry pursuant to M.G.L. c. 214, §§ 1, 5; c. 212 § 3; c. 231A, §1.

7.      Venue is proper in this county because Ms. Spence resides in this county, and Cavalry directed its communications to Ms. Spence in this county.

## PARTIES

8.      Plaintiff Andréa Spence is a resident of Jamaica Plain, Massachusetts.

9.      Defendant Cavalry Portfolio Services, LLC is a limited liability company chartered under Delaware law with offices at 500 Summit Lake Drive, Suite 400, Valhalla, New York 10595. It does business in Massachusetts.

10.     Defendant Cavalry Portfolio Services, LLC is engaged in the business of collecting charged-off consumer debts originally owed to others. It is licensed as a debt collector by the Massachusetts Division of Banks.

11.     Cavalry Portfolio Services, LLC uses the mails in conducting its business.

12.     Cavalry Portfolio Services, LLC is a debt collector as defined by the FDCPA and Massachusetts law.

2

13.     Defendant Cavalry SPV I, LLC is a limited liability company chartered under Delaware law with offices at 500 Summit Lake Dr., Suite 400, Valhalla, NY 10595. It does business in Massachusetts.

14.     Defendant Cavalry SPV I, LLC is engaged in the business of purchasing or acquiring, or claims to purchase or acquire, charged-off consumer debts originally owed to others.

15.     Cavalry SPV I, LLC uses the mails and telephone system in conducting its business.

16.     Cavalry SPV I, LLC is a debt collector as defined in the FDCPA, and Massachusetts law.

17.     Cavalry SPV I, LLC is not licensed as a debt collector in Massachusetts.

18.     Defendants Cavalry Portfolio Services, LLC and Cavalry SPV I, LLC are affiliates and are under common management and control.

## FACTUAL ALLEGATIONS RELATING TO MS. SPENCE

19.     On or about August 13, 2009, FIA Card Services, N.A. ("FIA") sent Ms. Spence a collection letter on behalf of Bank of America, attached as Exhibit A, stating that she had an overdue account balance of $21,472 on a credit card account ("BOA account")

20.     The alleged debt was incurred for personal, family or household purposes.

21.     On August 20, 2009, FIA sent Ms. Spence another collection letter on behalf of Bank of America, with respect to the same credit card account that stated "This is Our Final Notice" and that the account was about to be written off as bad debt. The letter further stated that once the account was written off, it would be sold to a third party and the third party would continue to collect this balance. This letter is attached as Exhibit B.

22.     Bank of America charged-off Ms. Spence's BOA account in September 2009 in the amount of $21,355, but it retained the account until November 2011.

23.     Beginning in September 2009 through January 2011, Ms. Spence received at least six letters from a series of debt collectors seeking to collect the alleged BOA account debt on behalf of Bank of America, all stating the same Balance Due of $21,355.66. These letters are attached as Exhibit C.

24.     The final letter in this series was sent on January 8, 2011 by NCO Financial Systems Inc., on behalf of Bank of America. This letter stated that the Current Balance Due on January 8, 2011 was $21,355.66. Exhibit D.

25.     In November of 2011, Bank of America reported to Experian, Equifax and Trans Union that the charge-off amount for the BOA account was $21,355, and the High Balance was $21,472. Exhibit E.

26.     In November 2011, Bank of America sold the BOA account to Cavalry.

27.     One month later, on or about December 6, 2011, Cavalry Portfolio Services, LLC sent Ms. Spence the collection letter attached as Exhibit F on behalf of Cavalry SPV I, LLC, stating that it had purchased the alleged BOA account, and that the Current Balance now due was $ $26,794.32. The balance had increased by $5,438.66 in only one month.

28.     The amount Cavalry sought included retroactive interest on the charged-off debt, computed at an unknown rate of interest.

29.     The $5,438.66 in interest demanded in Cavalry's first letter to Ms. Spence, after only owning the account for one month, included interest prior to the date on which Cavalry claims to have purchased the alleged debt.

30.     Bank of America, and/or FIA Card Services, from which Cavalry allegedly purchased the debt, did not charge interest between the date the account was charged-off and the

4

date it was sold to Cavalry, and in fact waived any interest charges during this time period.

31.     Bank of America, and/or FIA Card Services, did not send billing statements to Ms. Spence after it charged-off the account.

32.     On information and belief, Bank of America, and/or FIA Card Services, sold the debt in the amount of $21,355.66.

33.     It is the policy and practice of Cavalry to add interest to debts for the period prior to the date on which it claims to have purchased them, even if the original creditor of the debt did not add interest during that period.

34.     After its initial letter to Ms. Spence, Cavalry sent a series of collection letters seeking ever increasing amounts, based on the application of an unknown rate of interest.

35.     On February 7, 2012, Cavalry Portfolio Services, LLC, on behalf of Cavalry SPV I, LLC, sent Ms. Spence the collection letter attached as Exhibit G, stating that the Current Balance of the debt was $27,208.63.

36.     On August 10, 2012, Cavalry Portfolio Services, LLC sent Ms. Spence the collection letter attached as Exhibit H, stating that the Current Balance of the debt was $28,425.26.

37.     On October 18, 2012, Cavalry Portfolio Services, LLC sent Ms. Spence the collection letter attached as Exhibit I, stating that the Current Balance of the debt was $28,879.03.

38.     On December 26, 2012, Cavalry Portfolio Services, LLC sent Ms. Spence the collection letter attached as Exhibit J, stating that the Current Balance of the debt was $29,332.80.

39.     In November 2013, Cavalry reported the debt to Trans Union in the amount of $29,977. A copy of the trade-line from Ms. Spence's credit report is attached as Exhibit K.

40.     On December 5, 2013, American Coradius International LLC sent Ms. Spence the collection letter attached as Exhibit L on behalf of Cavalry SPV I, LLC, stating that the Account Balance was $29,977.28.

41.     There was no agreement between Ms. Spence and Cavalry authorizing the imposition of interest.

**FACTUAL ALLEGATIONS RELATING TO CAVALRY'S PRACTICES IN GENERAL**

42.     Cavalry purchases, or claims to purchase, credit card debts from banks months or years after the bank has charged-off the debts.

43.     Under federal banking regulations, a credit card debt must be charged-off when it is 180 days overdue (it may be charged-off earlier). Federal Financial Institutions Examination Council, Uniform Retail Credit Classification and Account Management Policy, 65 FR 36903 (June 12, 2000).

44.     Charge-off means that the credit card receivable is no longer carried on a bank's books as an asset.

45.     Standard form credit card agreements used by banks provide that the terms of the agreement can be changed from time to time, and that changes beneficial to the consumer such as a reduction in or waiver of interest may be effected immediately and without notice.

46.     For a variety of sound business reasons, most banks waive interest on credit card debts after charge-off for as long as the debts are held by the banks.

47.     Among other reasons for this practice, banks did not, and do not, want to increase the amount of bad debts on their books, for regulatory reasons.

48.     Federal regulations require banks to send periodic statements on all accounts, including defaulted accounts, for any period during which interest or fees are added to the account. 12 C.F.R.§226.5(b)(2)(I) ("[a] periodic statement need not be sent for an account if the

creditor deems it uncollectible, if delinquency collection proceedings have been instituted, if the creditor has charged-off the account in accordance with loan-loss provisions and will not charge any additional fees or interest on the account. . . ."). Banks generally prefer to waive the interest and save the expense of preparing and sending statements.

49.     Cavalry engages in a practice of adding interest to credit card debts after the assignor bank has waived the interest. Specifically, Cavalry adds interest for the period between charge-off and its purchase of the debt.

50.     This addition of interest for this time period is improper. As assignee, Cavalry could only take what Bank of America could give. If Bank of America waived the right to add interest post-charge-off, Cavalry acquired the debt (if at all) subject to that waiver.

## CLASS ALLEGATIONS

51.     Ms. Spence brings this claim on behalf of a class, pursuant to Mass. R. Civ. P. 23, and/or M.G.L. c. 93A, § 9(2).

52.     The class consists of (a) all individuals in Massachusetts; (b) whose debt Cavalry purchased; (c) the owner of the debt had ceased adding interest to it prior to Cavalry's purchase; (d) Cavalry added interest for a period prior to the date it purchased the debt; and (e) Cavalry sought to collect such additional interest, and/or reported a balance including such interest to a credit reporting agency.

53.     The class is so numerous that joinder of all members is not practicable.

54.     On information and belief, there are hundreds if not thousands of class members.

55.     There are questions of law and fact common to the class members, which common questions predominate over any questions relating to individual class members. The predominant common questions are:

a.      Whether a debt buyer can retroactively charge interest on an account it has purchased when the prior owner waived such interest;

b.      Whether Cavalry engages in a practice of adding or suing for such retroactive interest, or claiming the right to do so;

c.      Whether the interest was waived by the prior owner;

d.      Whether the proper interest rate was applied;

e.      Whether inaccurate balance information was reported to credit reporting agencies;

f.      Whether Cavalry's practices are unfair or deceptive under M.G.L. c. 93A;

g.      Whether such conduct violates the FDCPA and/or state law.

56.      Ms. Spence's claim is typical of the claims of the class members. All are based on the same factual and legal theories.

57.      Ms. Spence will fairly and adequately represent the class members. Ms. Spence has retained counsel experienced in class actions and FDCPA litigation.

58.      A class action is superior for the fair and efficient adjudication of this matter, in that:

a.      Individual actions are not economically feasible;

b.      Members of the class are likely to be unaware of their rights;

c.      Congress intended class actions to be the principal enforcement mechanism under the FDCPA.

## COUNT I – FDCPA

59.      The addition of unauthorized interest to debts is both a deceptive collection practice, in violation of 15 U.S.C. §§1692e, 1692e(2), 1692e(5), and 1692e(10), and an unfair collection practice, in violation of 15 U.S.C. §§1692f and 1692f(1).

60.      The reporting to credit reporting agencies of amounts not legally owed violates 15 U.S.C. §§1692e.

8

61.     As a result of Defendants' violations of the FDCPA, Ms. Spence and class

members are entitled to actual and statutory damages pursuant to 15 U.S.C. § 1692k(a)(1),

(2)(A), in an amount to be determined at trial by a jury; and reasonable attorney's fees and costs

pursuant to 15 U.S.C. § 1692k(a)(3) from both Defendants.

## COUNT II – MASSACHUSETTS CREDIT REPORTING

62.     The reporting of false information to credit bureaus violates M.G.L. c. 93, § 54A.

63.     Cavalry willfully and/or negligently violated c. 93, § 54A when it reported

balances to the credit bureaus that included unauthorized interest.

64.     As a result of Cavalry's violations of c. 93, § 54A, it is liable for actual damages,

punitive damages, in amounts to be determined at trial, and attorney's fees and costs, pursuant to

c. 93 §§ 63 and 64.

## COUNT III – DECLARATORY AND EQUITABLE RELIEF

65.     Cavalry regularly (a) adds unauthorized interest to debts; (b) demands payment of

such unauthorized interest; and (c) reports such unauthorized interest to credit bureaus.

## COUNT IV – VIOLATION OF CHAPTER 93A

66.     By the conduct complained of, Cavalry engaged in unfair and deceptive practices

when it added interest that was not owed to class members' accounts, reported such interest as a

valid debt to credit reporting agencies, and sought to collect such interest. As a result thereof,

Ms. Spence and class members have been damaged in an amount to be determined at trial.

67.     Cavalry's unfair and deceptive practices include the violations of the FDCPA

cited above,  and the following without limitation:

- Attempting to collect debts while unlicensed and unbonded, in violation of M.G.L. c. 93, §§ 24-28, 49, and c. 93A;

- Attempting to collect a debt in an unfair, deceptive or unreasonable manner, in violation of  M.G.L. c. 93, § 49, and c. 93A;

- The reporting of false information to credit bureaus in violation of M.G.L. c. 93, §§ 54A, and 68;

- The use of false, deceptive, or misleading representation or means in connection with the collection of any debt, including but not limited to: the threat to take any action that cannot legally be taken; the false representation of the character, amount, or legal status of any debt; or communicating to any person credit information which is known or which should be known to be false, 209 C.M.R. 18.16 (2), (5), (8);

- The use of unfair or unconscionable means to collect or attempt to collect a debt, including but not limited to: the collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law. 209 C.M.R. 18.17 (1).

68.     Cavalry's actions were willful and knowing within the meaning of M.G.L. c. 93A, § 9(3).

69.     On March 13, 2014 Ms. Spence sent a demand pursuant to M.G.L. c. 93A, § 9(3) to Cavalry, demanding relief for Cavalry's practices, on behalf of herself and a class of similarly situated individuals in Massachusetts. A copy is attached as Exhibit M. Cavalry failed to make a reasonable offer in response, offering no relief whatsoever to the putative class.

### RELIEF REQUESTED

WHEREFORE, Ms. Spence respectfully requests that this Court enter judgment in her favor and that of the class and against the defendants for:

(1)     Statutory damages;

(2)     Actual damages equal to any unauthorized interest paid with pre-judgment interest thereon, doubled or trebled;

(3)     A credit for any unauthorized interest assessed;

(4)     Attorneys' fees, litigation expenses and costs of suit;

(5)     Compensatory, nominal and punitive damages;

(6)     A declaration that Cavalry may not add interest to a debt for a period prior to its

alleged ownership of the debt where such interest had not been added by the owner of the

debt at that time;

(7)     An injunction prohibiting Cavalry from demanding such interest or reporting such

interest to credit bureaus, and requiring Cavalry to correct any credit reports already

made to delete all unauthorized interest;

(8)     Such other and further relief as is appropriate.

**TRIAL BY JURY IS DEMANDED**.

I HEREBY ATTEST AND CERTIFY ON
June 30, 2014
_____, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
         Asst. Clerk

Respectfully submitted
**ANDRÉA SPENCE**,
By her attorneys:

_____
Elizabeth Ryan, BBO #549632
John Roddy, BBO #424240
Bailey & Glasser LLP
125 Summer Street, Suite 1030
Boston, MA 02110
Telephone: (617) 439-6730
Fax: (617) 951-3954
eryan@baileyglasser.com
jroddy@baileyglasser.com

Date: May 9, 2014

# FIA CARD SERVICES™

www.FIAEasyPay.com

## *You have less than 15 days to work with us ...*

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN, MA 02130-0035

August 13, 2009

Account No.: 374322030494682

Dear Andrea C Spence,

Your FIA Card Services, N.A. account balance of $21,472 is scheduled to be written off as a bad debt this month. For the next seven years, any potential employer, mortgage company, car dealership, or creditor may be able to see this bad debt on your credit file.

**Failure to set up payment arrangements by August 20, 2009 may result in your account balance being written off as a bad debt, and FIA Card Services, N.A. may consider taking one of the following actions:**

* <u>Selling or placing your account(s) with a third-party collection agency</u> FIA Card Services, N.A will grant permission to a third-party collection agency to attempt to collect and liquidate your accounts.

* <u>Referring your account(s) to an attorney for legal action</u> If a claim is filed against you and FIA Card Services, N.A is granted an award, our counsel would then seek to enforce the award against you under applicable law.

* <u>Retaining your account for further collection efforts</u> Even after FIA Card Services, N.A writes your accounts off as a bad debt, we will continue to contact you to collect your balance and liquidate your accounts.

You can prevent this from happening! Call by August 20, 2009 at 1-866-441-2294 and we *will* work with you to make long term payment arrangements.

Sincerely,

Customer Assistance department

**P.S. You may still be able to take advantage of the previous offers we have provided, but you need to call by August 20, 2009!**

### Please call 1-866-441-2294 today!
Monday to Friday 8:00 A.M. to 9:00 P.M. or
Saturday 8:00 A.M. to Noon
(Eastern time)

182MEOPTNNAFCTCC

Ca-blbdr

# FIA CARD SERVICES™
www.FIAEasyPay.com

## *This is Our Final Notice...*

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN, MA 02130-0035

August 20, 2009

Account No.: 374322030494682

Dear Andrea C Spence,

This is our final notice to you regarding the above-referenced account. Please contact us by 10:00 P.M. Eastern time on August 28, 2009. If you do not contact us, this account will be written off as a bad debt. Once your account is written off, it may be placed for further collection by FIA Card Services, N.A. or sold to a third party to recover the full balance.

In the event that your account is sold to a third party, they will continue to collect this balance from you and liquidate the account. This can be done in various ways such as phone calls, letters, and possibly legal action. You will no longer have the opportunity to work out the specific payment arrangements that FIA Card Services, N.A. has tried to resolve with you over the past several months. Remember, FIA Card Services, N.A. has had a long relationship with you, the third party who will handle your account has not.

**Only you can prevent this from happening by calling 1-888-755-1566 and making a qualifying payment before 10:00 P.M. p.m. Eastern time. Time is running out!**

**Please call 1-888-755-1566, Monday to Friday 8:00 A.M. to 9:00 P.M. or Saturday 8:00 A.M. to Noon (Eastern time). Our knowledgeable associates are ready to assist you.**

Sincerely,

Customer Assistance department

P.S. If you choose not to make payment arrangements, your relationship with FIA Card Services, N.A. will be terminated, however, you will still be responsible for this debt. In addition, until the year 2016, any potential employer, mortgage company, car dealership, or creditor will be able to see this bad debt on your credit file.

183MEFINN1FFCTCC

Ca-blbdr

EX. C

 **AllianceOne**
Receivables Management, Inc.

4850 Street Rd. Suite 300
Trevose PA 19053

☝ Please send all correspondence to the above address

Telephone: 866-861-8471
September 8, 2009

Name : ANDREA C SPENCE
Account Number : 9379052          PIN : N/A
Client Reference Number : 374322999723006
Client : BANK OF AMERICA

Your account has been referred to our office for Collections.

If this has been an oversight on your behalf, mail the balance in full to our office. If you are experiencing financial difficulties, call our office and a representative will assist you in negotiating a suitable arrangement.

The total account balance as of the date of this letter is shown below. Your account balance may increase because of interest or other charges, if so provided in your agreement with your creditor.

Telephone: 866-861-8471

*Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.*

By sending us a check or giving us your checking account information for payment, you authorize AllianceOne to collect funds electronically, in which case your check may not be returned to you. We can also arrange for a direct debit from your checking account.

**This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

**NOTICE OF IMPORTANT RIGHTS**
**YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.**
**MASSACHUSETTS OFFICE HOURS ARE 8AM TO 8PM M–TH, 8AM TO 5PM FRI, 8AM TO 12 NOON SAT.**

✂ Detach Bottom Portion And Return With Payment ✂

PO BOX 510987
LIVONIA MI 48151-6987
RETURN SERVICE REQUESTED

☝ Mail return address only; send no letters

To contact us regarding your account, call:
866-861-8471

**AllianceOne**

| Regarding | | |
|---|---|---|
| BANK OF AMERICA | | |
| Client Reference Number | Balance | Amount Enclosed |
| 374322999723006 | $21355.66 | $ |

⬇ Please make check or money order payable to:

S-ONAMFC10 L-3004 A/9379052 O-BAM
P0VE0500804259 I04263

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN MA 02130-0035

ALLIANCEONE RECEIVABLES MANAGEMENT INC.
PO BOX 3100
SOUTHEASTERN PA 19398-3100

BAM 0374322999723006 09379052 8 00000000 0002135566 0000000000 5



4850 Street Rd. Suite 300
Trevose PA 19053

⬆ Please send all correspondence to the above address

Telephone: 866-861-8471
November 16, 2009

Name : ANDREA C SPENCE

Account Number : 9379052         PIN : N/A

Client Reference Number : 374322999723006

Client :  BANK OF AMERICA

Your account has been referred to our office for Collections.

If this has been an oversight on your behalf, mail the balance in full to our office. If you are experiencing financial difficulties, call our office and a representative will assist you in negotiating a suitable arrangement.

Telephone: 866-861-8471

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

By sending us a check or giving us your checking account information for payment, you authorize AllianceOne to collect funds electronically, in which case your check may not be returned to you. We can also arrange for a direct debit from your checking account.

As of the date of this letter, you owe $21355.66. Your account balance may be periodically increased due to the addition of accrued interest or other charges if so provided in your agreement with your original creditor.

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

NOTICE OF IMPORTANT RIGHTS
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.
MASSACHUSETTS OFFICE HOURS ARE 8AM TO 8PM  M–TH, 8AM TO 5PM FRI, 8AM TO 12 NOON SAT.

✂  Detach Bottom Portion And Return With Payment  ✂
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PO BOX 510987
LIVONIA MI 48151-6987
RETURN SERVICE REQUESTED

⬆ Mail return address only; send no letters

To contact us regarding your account, call:
866-861-8471

AllianceOne

| Regarding | | |
| BANK OF AMERICA | | |
| Client Reference Number | Balance | Amount Enclosed |
| 374322999723006 | $21355.66 | $          . |

⬇ Please make check or money order payable to:

S-ONAMFC10  L-3004  A-9379052  O-BAM
POXIMV00301072 I01077

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN MA 02130-0035

ALLIANCEONE RECEIVABLES MANAGEMENT INC.
PO BOX 3100
SOUTHEASTERN PA 19398-3100

BAM  0374322999723006  09379052  8  00000000  0002135566  0000000000  5

4285 Genesee Street
Cheektowaga, NY 14225-1943

**NORTHSTAR
LOCATION SERVICES, LLC**

1-866-328-8252
Hours Mon-Thur 8AM-10PM EST,
Fri 8AM-8PM, Sat 8AM-4PM EST

August 6, 2010

| Creditor: | Bank of America, N.A. |
|---|---|
| Account Number: | ***********3006 |
| Balance Due: | $21,355.66 |
| Amount Remitted: | $ |

201000000708569-LT1        *A-01-LA2-AM-14968-69

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN MA 02130-0035

NORTHSTAR LOCATION SERVICES, LLC
ATTN:  FINANCIAL SERVICES DEPT.
4285 GENESEE ST
CHEEKTOWAGA NY 14225-1943

*To ensure proper credit, return this portion with your payment.*

| Creditor | Account # | Balance Due | Amount Remitted |
|---|---|---|---|
| Bank of America, N.A. | ***********3006 | $21,355.66 | |

The above account has been referred to our office by Bank of America, N.A.. Your account is listed as delinquent with a total amount due of $21,355.66.

Federal law requires that we inform you this communication is from a professional debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. This collection agency is licensed by the Department of Consumer Affairs, the City of New York License # 1179143.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt to be valid. If you notify this office in writing within 30 days of receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

To make paying your account more convenient we offer the following payment options:
- Check-by-phone at 1-866-328-8252
- MoneyGram ExpressPayment
- Debit Card
- Web Pay at www.gotonls.com
- Pay in person at our office
- Enclose your payment in the envelope

You may contact a Northstar Account Representative toll free at 1-866-328-8252 or direct dial our Remittance Department at 1-866-328-8252 to make your payment.

NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO NORTHSTAR LOCATION SERVICES, LLC.

Massachusetts Office Location:        49 Winter Street Weymouth, MA 02188        Hours: Mon-Thurs 9AM-6PM EST



ACA

Payment website: https://www.gotonls.com

4285 Genesee Street
Cheektowaga, NY 14225-1943

**NORTHSTAR
LOCATION SERVICES, LLC**

1-866-328-8252
Hours Mon-Thur 8AM-10PM EST,
Fri 8AM-8PM, Sat 8AM-4PM EST

September 7, 2010

| Creditor: | Bank of America, N.A. |
|---|---|
| Account Number: | ************3006 |
| Balance Due: | $21,355.66 |
| Amount Remitted: | $ |

201000000708569-B5N      *A-01-8PO-AM-00602-4

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN MA 02130-0035

NORTHSTAR LOCATION SERVICES, LLC
ATTN: FINANCIAL SERVICES DEPT.
4285 GENESEE ST
CHEEKTOWAGA NY 14225-1943

*To ensure proper credit, return this portion with your payment.*

| Creditor | Account # | Balance Due | Amount Remitted |
|---|---|---|---|
| Bank of America, N.A. | ************3006 | $21,355.66 | |

Northstar Location Services, LLC would like to work with you in an effort to resolve the balance on the above account. We are willing to accept bi-weekly payments to be applied toward the outstanding balance. Should you wish to take advantage of this option, you must call our office by no later than 09/22/10.

You may also qualify for a hardship settlement for an amount less than the balance due. Feel free to contact our office at 1-866-328-8252 to discuss this option with one of our representatives.

Bank of America may be required by law to report this settlement to one or more taxing authorities. The Bank makes no representation about tax consequences this may have or any reporting requirements that may be imposed on the Bank. You should consult independent tax counsel of your own choosing if you desire advice about any tax consequences which may result from this settlement.

Please be advised that if this item does not clear through your bank, this settlement offer will be considered null and void.

Federal law requires that we inform you this communication is from a professional debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. This collection agency is licensed by the Department of Consumer Affairs, the City of New York License # 1179143.

To make paying your account more convenient we offer the following payment options:
- Check-by-phone at 1-866-328-8252
- MoneyGram ExpressPayment
- Debit Card
- Web Pay at www.gotonls.com
- Pay in person at our office
- Enclose your payment in the envelope

You may contact a Northstar Account Representative toll free at 1-866-328-8252 or direct dial our Remittance Department at 1-866-328-8252 to make your payment.

NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO NORTHSTAR LOCATION SERVICES, LLC.

Massachusetts Office Location:      49 Winter Street Weymouth, MA 02188      Hours: Mon-Thurs 9AM-6PM EST



ACA

Payment website: https://www.gotonls.com

4285 Genesee Street
Cheektowaga, NY 14225-1943

**NORTHSTAR**
**LOCATION SERVICES, LLC**

1-866-328-8252
Hours Mon-Thur 8AM-10PM EST,
Fri 8AM-8PM, Sat 8AM-4PM EST

September 27, 2010

| Creditor: | Bank of America, N.A. |
|---|---|
| Account Number: | ***********3006 |
| Balance Due: | $21,355.66 |
| Amount Remitted: | $ |

201000000708569-LT2        *A-01-MJ3-AM-00234-2

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN MA 02130-0035

NORTHSTAR LOCATION SERVICES, LLC
ATTN: FINANCIAL SERVICES DEPT.
4285 GENESEE ST
CHEEKTOWAGA NY 14225-1943

To ensure proper credit, return this portion with your payment.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Creditor | Account # | Balance Due | Amount Remitted |
|---|---|---|---|
| Bank of America, N.A. | ***********3006 | $21,355.66 | |

Dear ANDREA C SPENCE:

Our records indicate we recently sent you a letter, but we have not received a response. We would like to assist you by customizing a payment arrangement based on your specific financial needs. Should you wish to take advantage of this assistance option, you must contact us immediately. We look forward to hearing from you.

Feel free to contact our office to negotiate a payment or detach and submit the top portion of this letter along with your payment immediately. If you prefer to take advantage of our Check-by-phone or Master Card/Visa, contact our office at 1-866-328-8252 to make arrangements.

Federal law requires that we inform you this communication is from a professional debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. This collection agency is licensed by the Department of Consumer Affairs, the City of New York License # 1179143.

To make paying your account more convenient we offer the following payment options:
- Check-by-phone at 1-866-328-8252
- MoneyGram ExpressPayment
- Debit Card
- Web Pay at www.gotonls.com
- Pay in person at our office
- Enclose your payment in the envelope

You may contact a Northstar Account Representative toll free at 1-866-328-8252 or direct dial our Remittance Department at 1-866-328-8252 to make your payment.

NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO NORTHSTAR LOCATION SERVICES, LLC.

Massachusetts Office Location:        49 Winter Street Weymouth, MA 02188        Hours: Mon-Thurs 9AM-6PM EST



ACA

Payment website: https://www.gotonls.com

PO BOX 15630
DEPT 27
WILMINGTON DE 19850

**NCO FINANCIAL SYSTEMS INC**

507 Prudential Road, Horsham, PA 19044

1-800-218-1175
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Jan 8, 2011

Calls to or from this company may be monitored
or recorded for quality assurance.

CREDITOR: BANK OF AMERICA/MBNA
CREDITOR'S ACCOUNT #: 374322999723006
REGARDING: PAST DUE BALANCE
CURRENT BALANCE DUE: $ 21355.66

4764-79



FUH002
ANDREA C SPENCE
25 TOWER ST
JAMAICA PLAIN MA   02130-3704

\*\*\*Tax Season Offer\*\*\*

Doesn't everyone love getting a tax return from all of their hard work? It's a time of year to make headway with your finances and eliminate debt. You can put that refund to good use. Take the first step by accepting this special Tax Season offer TODAY!

NCO Financial Systems, Inc. wants to offer you a quick way to settle your account. We can accept $12813.40 as a lump sum of the above amount. This way you can resolve your account and use the savings however you want! You have worked hard all year to earn that refund, so put it to good use.

This offer will expire 45 days after the above date. If you are unable to take advantage of this offer or you are not getting a refund check, please call us and speak to one of our trained representatives who will work with you to try and establish an alternative re-payment plan. Our representatives have successfully assisted individuals in similar financial situations and are available during the hours listed above.

Mail your payment along with the payment coupon, or a copy thereof, or call us at 1-800-218-1175.

You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is CFUH0022-78FDJH.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

MA ADDR:10 NEW ENGLAND BUSINESS CENTER DR, STE 204
ANDOVER,MA 01810. OFC HRS:8:00AM-5:00PM MON-FRIDAY
SEE BACK OF PAGE FOR A NOTICE OF IMPORTANT RIGHTS

| Our Account # | Current Balance Due |
|---|---|
| FUH002 | $ 21355.66 |

ANDREA C SPENCE
Payment Amount

$

Check here if your address or phone number has
changed and provide the new information below

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 17080
WILMINGTON DE 19850-7080

NCOP E4
79

012700FUH0024000000270000000021355663

EX. D

PO BOX 15630
DEPT 27
WILMINGTON DE 19850

**NCO FINANCIAL SYSTEMS INC**

507 Prudential Road, Horsham, PA 19044

Calls to or from this company may be monitored
or recorded for quality assurance.

1-800-218-1175
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Jan 8, 2011

4754-79

FUH002
ANDREA C SPENCE
25 TOWER ST
JAMAICA PLAIN MA  02130-3704

CREDITOR: BANK OF AMERICA/MBNA
CREDITOR'S ACCOUNT #: 374322999723006
REGARDING: PAST DUE BALANCE
CURRENT BALANCE DUE: $ 21355.66

***Tax Season Offer***

Doesn't everyone love getting a tax return from all of their hard work?  It's a time of year to make headway with your
finances and eliminate debt.  You can put that refund to good use.  Take the first step by accepting this special Tax Season
offer TODAY!

NCO Financial Systems, Inc. wants to offer you a quick way to settle your account.  We can accept $12813.40 as a lump
sum of the above amount.  This way you can resolve your account and use the savings however you want!  You have
worked hard all year to earn that refund, so put it to good use.

This offer will expire 45 days after the above date.  If you are unable to take advantage of this offer or you are not getting a
refund check, please call us and speak to one of our trained representatives who will work with you to try and establish an
alternative re-payment plan.  Our representatives have successfully assisted individuals in similar financial situations and
are available during the hours listed above.

Mail your payment along with the payment coupon, or a copy thereof, or call us at 1-800-218-1175.

You may also make payment by visiting us online at www.ncofinancial.com.  Your unique registration code is
CFUH0022-78FD1H.

This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  This is a
communication from a debt collector.
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

MA ADDR:10 NEW ENGLAND BUSINESS CENTER DR, STE 204
ANDOVER,MA 01810. OFC HRS:8:00AM-5:00PM MON-FRIDAY
SEE BACK OF PAGE FOR A NOTICE OF IMPORTANT RIGHTS

| Our Account # | Current Balance Due |
|---|---|
| FUH002 | $ 21355.66 |
| ANDREA C SPENCE | |
| Payment Amount | |

$

Check here if your address or phone number has
changed and provide the new information below.

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 17080
WILMINGTON DE 19850-7080

NCOP E4
79

012700FUH0024000000270000000021355663

*EX. E*

Consumer Credit Report for ANDREA C. SPENCE                                    File Number: 327270439   Date Issued: 11/14/2013

Redacted

**BANK OF AMERICA #37432299972\*\*\*\*** ( PO BOX 982235, EL PASO, TX 79998-2235, Phone number not available )

| | | | |
|---|---|---|---|
| Date Opened: | 12/02/1993 | Balance: | $0 |
| Responsibility: | Individual Account | Date Updated: | 11/18/2011 |
| Account Type: | Revolving Account | Payment Received: | $0 |
| Loan Type: | CREDIT CARD | Last Payment Made: | 01/05/2009 |
| | | High Balance: | $21,472 |
| | | Original Charge-off: | $21,355 |
| | | Credit Limit: | $19,900 |

Pay Status:  ›Charged Off‹
Date Closed: 05/08/2009
Date Paid:  01/05/2009
›Maximum Delinquency of 120 days in 06/200‹
and  in 08/2009‹

Remarks: PURCHASED BY ANOTHER LENDER; ›UNPAID BALANCE CHARGED OFF‹
Estimated month and year that this item will be removed: 02/2016

| | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

| | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R |

**To dispute online go to: http://transunion.com/disputeonline**

**Page: 3 of 7**

Consumer Credit Report for ANDREA C. SPENCE                                                    File Number: 327270439   Date Issued: 11/14/2013



| | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | N/R | C/O | 120 | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | |

| | 10/2008 | 09/2008 | 08/2008 | 07/2008 | 06/2008 | 05/2008 | 04/2008 | 03/2008 | 02/2008 | 01/2008 | 12/2007 | 11/2007 | 10/2007 | 09/2007 | 08/2007 | 07/2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2007 | 05/2007 | 04/2007 | 03/2007 | 02/2007 | 01/2007 | 12/2006 | 11/2006 | 10/2006 | 09/2006 | 08/2006 | 07/2006 | 06/2006 | 05/2006 | 04/2006 | 03/2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | | | | | | | | | | OK |

| | 02/2006 | 01/2006 | 12/2005 | 11/2005 | 10/2005 | 09/2005 | 08/2005 | 07/2005 | 06/2005 | 05/2005 | 04/2005 | 03/2005 | 02/2005 | 01/2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

Redacted

Satisfactory Accounts

Redacted

To dispute online go to: http://transunion.com/disputeonline

**Experian**
A world of insight

Prepared for: ANDREA C SPENCE
Date: November 25, 2013
Report number: 0496-1621-95

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years after the date the account was transferred.

### Payment history legend

| Code | Meaning |
|------|---------|
| ✓ | Current/Terms of agreement met |
| 30 | Account 30 days past due |
| 60 | Account 60 days past due |
| 90 | Account 90 days past due |
| 120 | Account 120 days past due |
| 150 | Account 150 days past due |
| 180 | Account 180 days past due |
| CRD | Creditor received deed |
| FS | Foreclosure proceedings started |
| F | Foreclosed |
| VS | Voluntarily surrendered |
| R | Repossession |
| PBC | Paid by creditor |
| IC | Insurance claim |
| G | Claim filed with government |
| D | Defaulted on contract |
| CI | Collection |
| CO | Charge off |
| CLS | Closed |
| ND | No data for this time period |

## ◼ Credit items

**BANK OF AMERICA**
PO BOX 982235
EL PASO TX 79998
No phone number available
Partial account number
37432399972....
Address identification number
0595262479

| | |
|---|---|
| Date opened | Dec 1993 |
| First reported | Jan 2002 |
| Date of status | Nov 2011 |

| | |
|---|---|
| Type | Credit card |
| Terms | Not reported |
| Monthly payment | Not reported |

| | |
|---|---|
| Credit limit or original amount | $19,900 |
| High balance | $21,472 |

| | |
|---|---|
| Recent balance | Not reported as of Nov 2011 |

**Responsibility**
Individual

**Status**
Closed. $21,355 written off.

**Creditor's statement**
"Purchased by another lender."

Payment history



2011
NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN 2008
2010                                      2009
MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC
2007                                      2006                          2005                          2004

| | |
|---|---|
| Date opened | Redacted |
| First reported | Redacted |
| Date of status | Redacted |

| | |
|---|---|
| Type | Redacted |
| Terms | Redacted |
| Monthly payment | Red |

| | |
|---|---|
| Credit limit or original amount | Redact |
| High balance | Redact |

| | |
|---|---|
| Recent balance | Redacted |
| Recent payment | Red |

**Responsibility**
Redacte

**Status**
Reda
cted

**Creditor's statement**
Redacted

Phone number
Redacted
Partial account number
Redact
Address identification number
Redacted



Redacted

**Account Number**
Redacted
Items As of
Date Reported    Balance Amount    Amount Past Due
Redacted         $0
Status =

| Date Opened | High Credit | Credit Limit |
| Redacted | Redact | |
| Date of Last Paymt | Actual Paymt Amount | Scheduled Paymt Amount |
| Redact | | Red |

Redacted

Terms Duration  Terms Frequency  Date of 1st Delinquency  Date of Last Activity
Redacted        Redact                                    Redact

Months Revd  Activity Designator  Creditor Classification
R            Redacted             Redacted

Deferred Pay Start Date  Balloon Pay Amount  Balloon Pay Date  Date Closed
                                                               Redact

---

**Bank of America (from 1)**

**Account Number**
37432299972*
Items As of
11/18/2011    Balances Amount    Amount Past Due
              $0

| Date Opened | High Credit | Credit Limit |
| 12/02/1993 | | $0 |
| Date of Last Paymt | Actual Paymt Amount | Scheduled Paymt Amount |
| 01/2009 | | |

Redacted

Terms Duration  Terms Frequency  Date of 1st Delinquency  Date of Last Activity
                Monthly          03/2009                  03/2009

Date Maj. Del. 1st Rptd  Months Revd  Charge Off Amount  Activity Designator  Creditor Classification
08/2009                  99           $21,355             Transfer/Sold

Deferred Pay Start Date  Balloon Pay Amount  Balloon Pay Date  Date Closed

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;  ADDITIONAL INFORMATION - Account Transferred or Sold;
Charged Off Account;

**Account History with Status Codes**

| 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 |
| 4 | 4 | 4 | 3 | 2 | 1 |

---

**Account Number**
Redact
Items As of
Date Reported    Balances Amount    Amount Past Due
Redacted

Status -

Redacted

| Date Opened | High Credit | Credit Limit |
| Redact | Redact | |
| Date of Last Paymt | Actual Paymt Amount | Scheduled Paymt Amount |
| | | |

Redacted

Terms Duration  Terms Frequency  Date of 1st Delinquency  Date of Last Activity
                                  Redact                   Redact

Date Maj. Del. 1st Rptd  Months Revd  Charge Off Amount  Activity Designator  Creditor Classification
                                                         Redacted

Deferred Pay Start Date  Balloon Pay Amount  Balloon Pay Date  Date Closed

**Account History with Status Codes**

Redacted
R   R

Status -

---

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| Re R | Redacted | | | | | | | | |
| | Red | Redact | Red | Redact | Redact | Redact | Redact | Redacted | |
| **Additional Information:** | | | | | | | | | |
| | Redacted | Red | Red | Redact | Redact | Redact | Redact | Redacted | |
| **Additional Information:** | | | | | | | | | |
| Redacted | | | | | | | | | |
| | Redacted | Red | Red | Redact | Redact | Redact | Redact | Redacted | |
| **Additional Information:** | | | | | | | | | |

Redacted

( Continued On Next Page )

*EX. 7*



PO Box 1017
Hawthorne, NY 10532     14 17 00001691
                        940602

Phone: 1-800-501-0909 • FAX: 1-914-347-1973
www.cavalryportfolioservices.com

     December 6, 2011

RE: Original Institution:   Bank of America/FIA Card Services, N.A.
Original Account No.:   374322030494682
Cavalry Account No.:   17025153
Outstanding Balance:   $26,794.32

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN, MA  02130-0035

| 35% DISCOUNT OFFER |
|---|
| YOU PAY ONLY $17,416.31 |

Dear ANDREA C SPENCE

This letter serves as notice that the above referenced account has been purchased by Cavalry SPV I, LLC from FIA Card Services, N.A., and has been referred to Cavalry Portfolio Services, LLC ("Cavalry") for collection.

It is important that you:
► Contact us to arrange repayment terms (however, see your validation rights below).
► Forward all future payments to the address listed below on the payment coupon in order to ensure proper credit and avoid delays in payment posting.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.

If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.

If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

If you have any questions or would like to discuss payment solutions you may speak to a Customer Service Representative to resolve your account by calling us toll free at (866) 842-2603.

Sincerely,

Oscar J. Chelf

THIS OFFER EXPIRES 45 DAYS FROM THE DATE OF THIS CORRESPONDENCE

| THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR. |
|---|
| SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING YOUR RIGHTS |

---

## 35% DISCOUNT
## PAYMENT COUPON

Please detach and return this portion with your payment in the enclosed envelope. Be sure the address below shows through the return envelope window.

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN, MA  02130-0035

Make Checks and Money Orders Payable to
Cavalry Portfolio Services, LLC.

**Cavalry Portfolio Services, LLC**
PO Box 27288
Tempe, AZ  85285-7288

Cavalry Account No.:      17025153
Outstanding Balance:      $26,794.32
Settlement Amount:        $17,416.31

**NO CALLS ARE NECESSARY IF PAYMENT IS INCLUDED**

CAV823,
CAV.wf4, V1
940602

*EX. G*



PO Box 1017
Hawthorne, NY 10532

11 00000075
957091

**Phone:** (866) 842-2603
**www.cavalryportfolioservices.com**



February 7, 2012

RE: Original Institution: Bank of America/FIA Card Services, N.A.
Original Account No.: 374322030494682
Cavalry Account No.: 17025153
Outstanding Balance: $27,208.63

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN, MA  02130-0035

## ARE YOU GETTING A TAX REFUND?
## WHY NOT USE IT TO TAKE ADVANTAGE
## OF ONE OF OUR GREAT OFFERS THIS YEAR.



Cavalry wants you to get the most out of your tax refund this year by offering a **30%** discount to help pay your account.

Even if you didn't get a tax refund, you are still entitled to take advantage of this great offer.

That's right, you can settle your account *right now for* **$19,046.04.** Simply mail your payment along with the coupon at the bottom of this page in the enclosed envelope.

If you prefer, you can also pay this off in **5 monthly installments of $4,353.38.** A Savings of **20%.**

Please feel free to call us at *(866) 842-2603* to discuss this or the many exciting payment programs available at Cavalry. You can also visit us online at www.cavalryportfolioservices.com to make a payment or check account information.

Sincerely,
Oscar J. Chelf

*This Offer Expires 30 Days From The Date Of This Correspondence.*

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR
THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING YOUR RIGHTS

*EX. H*

PO Box 1017
Hawthorne, NY 10532

3 3 00800296
163680



**Phone: 866-884-0799**
www.cavalryportfolioservices.com

August 10, 2012

RE: Original Institution:  "Bank of America/FIA Card Services, N.A."
Original Account No.:  374322030494682
Cavalry Account No.:  17025153
Outstanding Balance: $28,425.26

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN, MA  02130-0035

## SUMMER SAVINGS PROGRAM

Dear ANDREA C SPENCE

At Cavalry, we know how important it is to stretch every dollar as far as you can. That's why we've come up with a special *SUMMER SAVINGS PROGRAM* that will help you to pay off this debt.

| | |
|---|---|
| **20% INSTANT DISCOUNT** | PAY ONLY **$22,740.21** |
| **10% DISCOUNT OFFER** | 5 EASY INSTALLMENTS OF **$5,116.55** |

Please *call us today at 866-884-0799 to discuss this fantastic offer, and the many other payment plan options* that Cavalry has available to assist you in paying off your account.

If you would like to pay your account via our secure website, or to receive future offers by email, please visit us at https://payments.cavalryportfolioservices.com.

Sincerely,
Judy Rahlf

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR
THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING YOUR RIGHTS

*EX. I*

PO Box 520
Valhalla, NY 10595

4 10 00001124
192224



Phone: (866) 883-0399
www.cavalryportfolioservices.com

October 18, 2012

RE: Original Institution:    Bank of America/FIA Card Services, N.A.
Original Account No.:   374322030494682
Cavalry Account No.:   17025153
Outstanding Balance:  $28,879.03

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN, MA  02130-0035

*BOA/AMEX*

# FRESH START PROGRAM

Dear ANDREA C SPENCE,

At Cavalry, we recognize the importance of your overall financial health during these difficult economic times.

Consumers are taking control of their finances by spending less and paying down debt.

Cavalry would like to help you by offering a **30% discount** to pay down your debt, and get you back on the road to financial recovery.

If you prefer, you may also choose a **20% discount and pay in 5 monthly installments of $4,620.64.**

If you would like to pay your account via our secure web site, or check account information, please visit us at **https://payments.cavalryportfolioservices.com**

If these offers don't fit into your current budget, please call us at (866) 883-0399 and we will work with you to tailor a solution that falls within your finances.

| 30% DISCOUNT PAY ONLY $20,215.32 | OR | 20% DISCOUNT PAY ONLY 5 INSTALLMENTS OF $4,620.64 |
|---|---|---|

This offer expires thirty days from the date of this letter. We are not obligated to renew this offer.

Sincerely,
Cavalry Portfolio Services, LLC

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING YOUR RIGHTS

PO Box 520
Valhalla, NY 10595

S 12 00001261
214898

 **Cavalry**

Phone: (800) 861-4839
www.cavalryportfolioservices.com

December 26, 2012

RE: Original Institution:   Bank of America/FIA Card Services, N.A.
Original Account No.:   374322030494682
Cavalry Account No.:   17025153
Outstanding Balance:   $29,332.80

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN, MA  02130-0035

# FRESH START PROGRAM

Dear ANDREA C SPENCE,

At Cavalry, we recognize the importance of your overall financial health during these difficult economic times.

Consumers are taking control of their finances by spending less and paying down debt.

Cavalry would like to help you by offering a **40% discount** to pay down your debt, and get you back on the road to financial recovery.

If you prefer, you may also choose a **30% discount and pay in 5 monthly installments of $4,106.59.**

If you would like to pay your account via our secure web site, or check account information, please visit us at **https://payments.cavalryportfolioservices.com**

If these offers don't fit into your current budget, please call us at (800) 861-4839 and we will work with you to tailor a solution that falls within your finances.

| 40% DISCOUNT PAY ONLY $17,599.68 | OR | 30% DISCOUNT PAY ONLY 5 INSTALLMENTS OF $4,106.59 |
|---|---|---|

This offer expires thirty days from the date of this letter. We are not obligated to renew this offer.

Sincerely,
Cavalry Portfolio Services, LLC

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING YOUR RIGHTS**

------

PAYMENT COUPON

Please detach and return this portion with your payment

Page: 3 of 7

Consumer Credit Report for ANDREA C. SPENCE                                  File Number: 327270439   Date Issued: 11/14/2013

Redacted

**CAVALRY PORTFOLIO SVCS #1702****** ( 500 SUMMIT LAKE DR, STE 4A, VALHALLA, NY 10595, (800) 501-0909 )

| | | |
|---|---|---|
| Placed for collection: 11/29/2011 | Balance: $29,977 | Pay Status: >In Collection< |
| Responsibility: Individual Account | Date Updated: 11/11/2013 | |
| Account Type: Open Account | Last Payment Made: 01/05/2009 | |
| Loan Type: COLLECTION AGENCY/ATTORNEY | Original Amount: $21,356 | |
| | Original Creditor: BANK OF AMERICA (Banking) | |
| | Past Due: >$29,977< | |

Remarks: >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 02/2016

Redacted

Satisfactory Accounts

Redacted

**To dispute online go to: http://transunion.com/disputeonline**

EX. L

35A RUST LANE
BOERNE, TX 78006-8202


American Coradius International LLC
Toll Free 1-888-400-7808

| Creditor: | CAVALRY SPV I, LLC |
|---|---|
| Original Creditor: | BANK OF AMERICA/FIA CARD SERVICES, |
| Account Number: | 374322030494682 |
| Account Balance: | $29,977.28 |
| Amount Remitted: | $ |

December 5, 2013

6318438                    1 AT   *A-02-283-AM-00515-3    NTC1M

ANDREA C SPENCE
PO BOX 300706
JAMAICA PLAIN MA 02130-0035

**Make Checks Payable to:**

AMERICAN CORADIUS INTERNATIONAL LLC
2420 SWEET HOME RD STE 150
AMHERST NY 14228-2244

**RE:**

---

*PLEASE DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT IN THE ENVELOPE PROVIDED*

---

| Creditor | Original Creditor | Account # | Account Balan |
|---|---|---|---|
| CAVALRY SPV I, LLC | BANK OF AMERICA/FIA CARD SERVICES, N.A. | 374322030494682 | $29,977.28 |

Dear Andrea C Spence

We are writing to you regarding your CAVALRY SPV I, LLC account. This account has been placed with our office for collection.

As of the date of this letter you owe $29,977.28. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence if you pay the amount shown above, an adjustment may be necessary after we receive your payment. If an adjustment is made, we may attempt to contact you again about the adjustment. For further information, write the undersigned or call 1-888-400-7808.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,

American Coradius International LLC
A Professional Debt Recovery Agency

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.
Calls to or from this company may be monitored or recorded for quality assurance purposes.
MASSACHUSETTS LOCAL ADDRESS: 15 UNION ST., LAWRENCE, MA 01840
*PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS*
NOTICE OF IMPORTANT RIGHTS. YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN (10) DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN (7) DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

---

**For your convenience you can now resolve this matter online. Logon to www.acibillpay.com to see the repayment options available to you.**
**You will need your 7 digit ACI reference number 6318438 available when you log in.**
**You can now make payment arrangements on your account using checking, credit card or debit card accounts.**

---

Office Address: 2420 Sweet Home Rd Ste 150, Amherst NY 14228-2244
Hours of Operation: Mon-Thurs: 8AM-9PM, Fri: 8AM-5PM, Sat: 8AM-12PM EST

ACIL

*EX. M*

**BAILEY&GLASSER**LLP

Lawyers
Internet www.baileyglasser.com
Phone (617) 439-6730   Fax (617) 951-3954

125 Summer Street, Suite 1030
Boston, MA 02110

March 13, 2014

*Via Certified Mail*
*Return Receipt Requested No. 9414 7102 0079 3047 8952 93*

Mr. Alfred Brothers, Chief Executive Officer
Cavalry Portfolio Services, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

*Return Receipt Requested No. 9414 7102 0088 2116 2943 62*

Chief Executive Officer
Cavalry SPV I, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Re:   *Demand for Relief Pursuant to Mass. Gen. Laws, c. 93A §9*
      *On Behalf of Andréa Spence and A Class of Similarly Situated Persons*

Dear Sir/Madam:

Please consider this a demand for relief pursuant to Massachusetts General Laws, Chapter 93A, made on behalf of Ms. Andréa Spence, to Cavalry Portfolio Services, LLC and Cavalry SPV I, LLC (collectively "Cavalry"). Ms. Spence makes this demand on behalf of herself and a class of persons similarly situated. Ms. Spence and the class she seeks to represent have suffered damages caused by Cavalry's unfair and deceptive debt collection practices, which violate the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, M.G.L. c. 93 § 49,  § 54A, and 68, c. 93A, and other applicable laws and regulations. The following summary describes these violations of law and provides Cavalry with an opportunity to settle this matter on a class-wide basis.

**Facts**

Since at least 2009, Cavalry has collected or attempted to collect debts from consumers in Massachusetts. Cavalry purchases, or claims to purchase, credit card debts from banks months or years after the bank has charged-off the debts. As a standard practice, and for a variety of sound business reasons, most banks waive interest on credit card debts after charge-off for as long as the debts are held by the banks. When Cavalry purchases a debt, it retroactively adds interest for the period prior to the date it allegedly became the owner of the debts, and during which the prior

owner had waived any right to collect interest. Specifically, Cavalry adds interest for the period between charge-off and the alleged purchase by Cavalry. Cavalry then seeks to collect this inflated lawsuits through written demands and lawsuits. It also engages in inaccurate credit reporting in an effort to collect such unauthorized interest.

Specifically, Cavalry reports an amount to the credit bureaus that includes interest for the period of time after charge-off and prior to sale of the account to a debt purchaser. The reporting is made to anyone who may see and use credit reports, including the consumer and other creditors.

The retroactive addition of previously waived interest is unlawful. An assignee steps into the shoes of the assignor as of the date the assignor sells the account, and has no right to retroactively reverse the assignor's business decision to not charge interest during a period when the assignee did not hold the account. Moreover, Cavalry continues to prospectively add interest to its purchased debts prospectively at an unknown rate, even though no agreement allows it to do so.

**Facts Relating to Andréa Spence**

On or about August 13, 2009, Ms. Spence received a collection letter from FIA Card Services, N.A., on behalf of Bank of America, indicating an account balance of $21,472. On or about August 20, 2009, FIA Card Services, N.A. sent Ms. Spence another collection letter on behalf of Bank of America which stated "This is Our Final Notice" and that the account was about to be written off as bad debt. The letter further stated that once the account was written off, it would be sold to a third party and the third party would continue to collect this balance. Bank of America charged-off Ms. Spence's account in September 2009 in the amount of $21,355 and reported that amount to the three credit reporting agencies, but it retained the account until November 2011.

Beginning in September 2009 through January 2011, Ms. Spence received at least six letters from a series of debt collectors seeking to collect the alleged debt on behalf of Bank of America, all stating an unchanging Balance Due of $21,355.66.

The final letter in this series was sent on January 8, 2011, by NCO Financial Systems Inc. on behalf of Bank of America. The letter stated that the Current Balance Due on the alleged debt on January 8, 2011 was $21,355.66.

In November, 2011, Bank of America reported to the three credit reporting agencies that the charge-off amount for this account was $21,355, and the High Balance was $21,472.

In November 2011, Bank of America sold the account to Cavalry.

On or about December 6, 2011, Cavalry Portfolio Services, LLC sent Ms. Spence a collection letter on behalf of Cavalry SPV I, LLC, stating that it had purchased the alleged Bank of America credit card account, and that the Current Balance now due was $ $26,794.32. The

balance had increased by $5,438.66 in only one month. Such an increase would involve an interest rate in excess of 100% and is not authorized on any credit card issued by Bank of America and its affiliates.

Calvary then proceeded to send collection letters with ever increasing balances, adding interest at an unknown rate. On February 7, 2012, Cavalry sent Ms. Spence a collection letter, which stated the amount of the debt as $27,208.62. On August 10, 2012, Cavalry sent Ms. Spence a collection letter, which stated the amount of the debt as $28,425.26. October 18, 2012, Cavalry sent Ms. Spence a collection letter, which stated the amount of the debt as $28,879.03. On December 26, 2012, Cavalry sent Ms. Spence a collection letter, which stated the amount of the debt as $29,332.80. There was no agreement between Ms. Spence and Cavalry authorizing the imposition of interest.

In November 2013, Cavalry reported the debt to Experian, Equifax and Trans Union in the amount of $29,977. Cavalry continues to report this alleged debt.

On or about December 5, 2013 and January 10, 2013, American Coradius International LLC (ACI) sent Ms. Spence collection letters on behalf of Cavalry SPV I, LLC. Both letters stated the amount of the debt as $29,977.28.

Cavalry added interest at unknown rates for periods prior to their alleged purchase of the debt, while the debt was owned by Bank of America. Bank of America had not added such interest to the debt. Bank of America did not send any billing statements to Ms. Spence after it charged-off the account.

Bank of America treated the debt as being in the amount of $21,355. Bank of America sold the debt as being one of $21,355. Between the date the account was charged-off and the date Bank of America allegedly sold the debt to Cavalry, Bank of America waived all further interest and finance charges on the account. Bank of America had reported the amount to Trans Union as one of $21,355 and not some larger amount.

After its purchase of the debt, Cavalry began adding interest at an unknown rate prospectively. No agreement between Ms. Spence and Cavalry authorizes the imposition of interest.

**Violations of Law**

Cavalry committed multiple violations of federal and state law in attempting to collect the alleged debt from Ms. Spence and other similarly situated individuals. Cavalry's violations of the FDCPA include, without limitation:

- By adding unauthorized interest to debts, Cavalry engaged in a deceptive collection practice, in violation of 15 U.S.C. §§1692e, 1692e(2), 1692e(5), and 1692e(10), and an unfair collection practice, in violation of 15 U.S.C. §§1692f and 1692f(1).

- By reporting the unauthorized interest to credit reporting agencies, Cavalry violated 15 U.S.C. §§1692e.

Cavalry also violated M.G.L. c. 93A § 2 with respect to Ms. Spence and each class member by engaging in collection practices that were unfair, deceptive, and/or unconscionable. The violations Cavalry has engaged in include the violations of the FDCPA cited above, and the following without limitation:

- Attempting to collect debts while unlicensed and unbonded, in violation of M.G.L. c. 93, §§ 24-28, 49, and c. 93A;

- Attempting to collect a debt in an unfair, deceptive or unreasonable manner, in violation of M.G.L. c. 93, § 49, and c. 93A;

- The reporting of false information to credit bureaus in violation of M.G.L. c. 93, § 54A, and 68.

- The use of false, deceptive, or misleading representation or means in connection with the collection of any debt, including but not limited to: the threat to take any action that cannot legally be taken; the false representation of the character, amount, or legal status of any debt; or communicating to any person credit information which is known or which should be known to be false, 209 C.M.R. 18.16 (2), (5), (8).

- The use of unfair or unconscionable means to collect or attempt to collect a debt, including but not limited to: e collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law. 209 C.M.R. 18.17 (1)

## Demand for Relief

By the actions described above, Cavalry has violated M.G.L. c. 93A and other consumer protection laws. As a result of Cavalry's actions, Ms. Spence and class members have suffered damages, including without limitation, statutory damages. Accordingly, on behalf of Ms. Spence and class members, I hereby demand that Cavalry:

a. Pay statutory damages to the class pursuant to 15 U.S.C. § 1692k and c. 93A § 9, together with reasonable attorney's fees and costs;

b. Pay actual and punitive damages pursuant to M.G.L. c. 93, § 63 and 64, together with attorney's fees and costs;

c. Disgorge any amounts collected from Massachusetts consumers who's debt Cavalry added interest to for a period prior to the alleged ownership of the debt by Cavalry, that had not been added by the holder of the debt at that time;

d. Delete or revise any credit reporting that includes any such interest; and

4

    e.  Conduct its debt collection business in Massachusetts in accordance with applicable laws from this date forward.

M.G.L. c. 93A, § 9 provides Cavalry with the opportunity to make a reasonable written settlement offer within thirty days of your receipt of this letter. Should no reasonable settlement offer be made, Ms. Spence and similarly situated individuals may recover up to three times actual damages, plus attorneys' fees and costs.

In this regard, I direct your attention to the Supreme Judicial Court's view of the policy behind c. 93A's settlement encouraging directive:

> Indeed, the conduct proscribed by the Statute *is as much the failure to make a reasonable settlement offer* as it is the substantive violation of c. 93A. Multiple damages are the "appropriate punishment" for forcing Plaintiff and other similarly situated individuals to litigate clearly valid claims.

*International Fidelity Ins. Co. v. Wilson*, 443, N.E. 2d 1308, 1318 (1983).

I look forward to hearing from you so that we may work toward a prompt and equitable settlement of this matter.

Sincerely,

Elizabeth Ryan

cc:    Andréa Spence

**5**

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. SUCV2014-00850-BLS2

Andrea Spence _____, Plaintiff(s)

v.

Cavalry Portfolio Services, LLC, et al. , Defendant(s)

## SUMMONS

2014 JUN -5 AM 11:30
MICHAEL JOSEPH DONOVAN
CLERK/MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT

To the above-named Defendant: Cavalry Portfolio Services, LLC

You are hereby summoned and required to serve upon _____ Elizabeth Ryan of

Bailey & Glasser LLP

plaintiff's attorney, whose address is 125 Summer St. Ste. 1030, Boston MA 02110 , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esquire, at Boston, the ____thirteenth____ day of
____March____ , in the year of our Lord two thousand ____fourteen____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
(1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF —(5) OTHER

FORM CIV.P. 1 3rd Rev. 20M-10/11

I HEREBY ATTEST AND CERTIFY ON
June 30, 2014, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
Asst. Clerk

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION



No. SUCV2014-00850-BLS2

Andrea Spence _____ , Plaintiff(s)

v.

Cavalry Portfolio Services, LLC, et al. , Defendant(s)

## SUMMONS

To the above-named Defendant:  Cavalry SPV I, LLC

You are hereby summoned and required to serve upon ___ Elizabeth Ryan of
Bailey & Glasser LLP _____

plaintiff's attorney, whose address is 125 Summer St. Ste. 1030, Boston, MA 02110, an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness,  Barbara J. Rouse, Esquire, at Boston, the ___ thirteenth _____ day of
___ March _____ , in the year of our Lord two thousand ___ fourteen ___ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant,
   each should be addressed to the particular defendant.

**3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED**
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev. 20M-10/11

I HEREBY ATTEST AND CERTIFY ON
June 30, 2014
_____ , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____

Asst. Clerk

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                          SUPERIOR COURT
                                     CIVIL ACTION NO. 14-0850-BLS2

U.S. Dist #
14-CV-12655

ANDRÉA SPENCE, on behalf of herself
and others similarly situated,

                    Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES, LLC
and CAVALRY SPV I, LLC,

                    Defendants.

SUFFOLK SUPERIOR COURT
CIVIL CLERK'S OFFICE
F I L E D

JUN 27 2014

MICHAEL JOSEPH DONOVAN
CLERK OF COURT

## NOTICE OF FILING OF NOTICE OF REMOVAL TO
## UNITED STATES DISTRICT COURT

TO:  THE CLERK OF THE SUFFOLK COUNTY SUPERIOR COURT

        PLEASE TAKE NOTICE that on June 26, 2014, Cavalry Portfolio Services, LLC, and

Cavalry SPV I, LLC,  the defendants in this action, filed in the United States District Court for

the District of Massachusetts their Notice of Removal, a copy of which is attached.

        PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. §1446, the filing of that

Notice of Removal in the United States District Court, together with the filing of a copy of the

Notice of Removal with this Court, effects the removal of this action and the above-captioned

Court may proceed no further unless and until the case is remanded.

1

Dated:  June 26, 2014.

CAVALRY PORTFOLIO SERVICES, LLC
and CAVALRY SPV I, LLC

By their Attorneys,

John J. O'Connor
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2077
JOConnor@peabodyarnold.com

I HEREBY ATTEST AND CERTIFY ON
June 30, 2014      , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY:
Asst. Clerk

### CERTIFICATE OF SERVICE

I, John J. O'Connor, certify that on June 26, 2014, I served the foregoing **Notice of Removal** on counsel listed below via First Class U.S. Mail:

Elizabeth Ryan
John Roddy
Bailey & Glasser LLP
125 Summer Street, Suite 1030
Boston, MA 02110
eryan@baileyglasser.com
jroddy@baileyglasser.com

John J. O'Connor

824591_1
15646-98214

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRÉA SPENCE, on behalf of herself and others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC and CAVALRY SPV I, LLC,<br><br>        Defendants. | CIVIL ACTION NO. _____ |

## NOTICE OF REMOVAL

Defendants CAVALRY PORTFOLIO SERVICES, LLC ("CPS"), and CAVALRY SPV

I, LLC ("SPV," and collectively "Defendants"), by counsel, and pursuant to 28 U.S.C. §§1441

and 1446, hereby remove the above-entitled action, which is currently pending in the Suffolk

County Superior Court (Case No. SUCV2014-00850-BLS2), and state as follows:

## BACKGROUND

1.      On May 9, 2014, Plaintiff Andrea Spence ("Plaintiff") filed a four-count amended

class action complaint ("Complaint") in the Suffolk County Superior Court.  (A copy of

Plaintiff's Complaint is attached as Exhibit A).

2.      The Complaint alleges various violations of the Fair Debt Collection Practices

Act ("FDCPA"), 15 U.S.C. §1692 et seq., Massachusetts credit reporting laws, M.G.L. c. 93 §§

49 and 54A, and 93A,  and seeks declaratory and equitable relief against CPS and SPV.

3.      Specifically, Plaintiff alleges that Defendants violated the FDCPA by charging

unauthorized interest and reporting amounts debtors did not legally owe to credit reporting

agencies. (Compl. ¶¶ 2-3; 59-60).

4.      Plaintiff also alleges that Defendants violated Massachusetts credit reporting laws by reporting false information to credit bureaus, (Compl. ¶¶5; 62), and engaging in unfair and deceptive practices related to charging, reporting and attempting to collect unauthorized interest. (Compl. ¶¶5; 66-67).

5.      CPS and SPV accepted service of the Complaint on June 3, 2014.

6.      The Complaint constitutes all pleadings served on Defendants in this action to date. *See* 28 U.S.C. §1446(a).

7.      This notice of removal is timely under 28 U.S.C. §1446(b) because less than thirty days have passed since Defendants accepted service of Plaintiff's Complaint.

## REMOVAL JURISDICTION

8.      This action is one in which the Court has original jurisdiction under 28 U.S.C. §1331 as it involves a federal question.  Specifically, Plaintiff's claims for relief allege violations of the FDCPA, 15 U.S.C. §1692.

9.      Accordingly, this is a civil action "arising under the Constitution, laws, or treaties of the United States" pursuant to § 1331, and removal is appropriate pursuant to 28 U.S.C. §§1441, 1446.

## PROCEDURAL REQUIREMENTS

10.      Removal to this Court is proper because the United States District Court for the District of Massachusetts embraces the Suffolk County Superior Court, where the state court action was filed.

11.      Pursuant to 28 U.S.C. §1446(d), Defendants are promptly providing written notice of this removal to counsel for Plaintiff and will promptly file a copy of this Notice of Removal with the Clerk of the Suffolk County Superior Court.

WHEREFORE, Defendants respectfully request that the above-entitled action be

removed from the Suffolk County Superior Court to this Court.

CAVALRY PORTFOLIO SERVICES, LLC
and CAVALRY SPV I, LLC

By their Attorneys,

/s/John J. O'Connor
John J. O'Connor
BBO # 555251
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2077
JOConnor@peabodyarnold.com

## CERTIFICATE OF SERVICE

I, John J. O'Connor, certify that on June 26, 2014, I electronically filed the foregoing
**Notice of Removal** with the Clerk of the Court by using the CM/ECF system and served counsel
for Plaintiff via First Class Mail, as follows:

Elizabeth Ryan
John Roddy
Bailey & Glasser LLP
125 Summer Street, Suite 1030
Boston, MA 02110
eryan@baileyglasser.com
jroddy@baileyglasser.com

/s/John J. O'Connor
John J. O'Connor

824582_1
15646-98214

JS 44   (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Andrea Spence, on behalf of herself and others similarly situated

### DEFENDANTS
Cavalry Portfolio Services, LLC and Cavalry SPV I, LLC

**(b)** County of Residence of First Listed Plaintiff   Suffolk
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**   Attorneys *(Firm Name, Address, and Telephone Number)*
Elizabeth A. Ryan/John J. Roddy
Bailey & Glasser LLP, 125 Summer St, Ste. 1030, Boston, MA  02110
617-439-6730

Attorneys *(If Known)*
John J. O'Connor, Peabody & Arnold LLP, 600 Atlantic Avenue,
Boston, MA  02210-2261
617-951-2100

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government
  Plaintiff
- ☒ 3  Federal Question
  *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government
  Defendant
- ☐ 4  Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☒ 480 Consumer Credit |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 1441
Brief description of cause:
Plaintiff claims violations of the Fair Debt Collection Practices Act.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*     JUDGE _____     DOCKET NUMBER _____

DATE
06/25/2014

SIGNATURE OF ATTORNEY OF RECORD
/s John J. O'Connor

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  Title of case (name of first party on each side only)  Andrea Spence v. Cavalry Portfolio Services, LLC

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.   (See local
    rule 40.1(a)(1)).

    [ ]   I.     410, 441, 470, 535, 830*, 891, 893, 895, R.23, REGARDLESS OF NATURE OF SUIT.

    [ ]   II.    110, 130, 140, 160, 190, 196, 230, 240, 290,320,362, 370, 371, 380, 430, 440, 442, 443, 445, 446, 448, 710, 720,
                 740, 790, 820*, 840*, 850, 870, 871.

    [✓]   III.   120, 150, 151, 152, 153, 195, 210, 220, 245, 310, 315,  330, 340, 345, 350, 355, 360, 365, 367, 368, 375, 385, 400,
                 422, 423, 450, 460, 462, 463, 465, 480, 490, 510, 530, 540, 550, 555,  625, 690, 751, 791, 861-865,  890, 896, 899,
                 950.

                 *Also complete AO 120 or AO 121. for patent, trademark or copyright cases.

3.  Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this
    district please indicate the title and number of the first filed case in this court.

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                                          YES [ ]      NO [✓]

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC
    §2403)

                                                                          YES [ ]      NO [✓]

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                                          YES [ ]      NO [✓]

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                                          YES [ ]      NO [✓]

7.  Do all of the parties  in this action, excluding governmental agencies of the united states and the Commonwealth of
    Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? -  (See Local Rule 40.1(d)).

                                                                          YES [✓]      NO [ ]

    A.   If yes, in which division do all of the non-governmental parties reside?

         Eastern Division [✓]        Central Division [ ]        Western Division [ ]

    B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,
         residing in Massachusetts reside?

         Eastern Division [✓]        Central Division [ ]        Western Division [ ]

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes,
    submit a separate sheet identifying the motions)

                                                                          YES [ ]      NO [✓]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  John J. O'Connor, Esquire, Peabody & Arnold LLP

ADDRESS  600 Atlantic Avenue, Boston, MA  02210-2261

TELEPHONE NO.  617-951-2100

(CategoryForm12-2011.wpd  - 12/2011)