*EXHIBIT 2*

1
2
3
4
5
6
7
8
9                        UNITED STATES DISTRICT COURT

10                        DISTRICT OF MASSACHUSETTS

11

12  ANDREA SPENCE, on behalf of herself
    And others similarly situated,                Case 1:14-cv-12655-PBS
13
14                              Plaintiffs,        CLASS ACTION

15      v.                                         DECLARATION OF ERIC ROBIN
16                                                 RE: NOTICE PROCEDURES
    CAVALRY PORTFOLIO SERVICES, LLC
17  and CAVALRY SPV I, LLC,

18                              Defendants
19

20

21  I, ERIC ROBIN, declare:
22
          1.      I am a Senior Project Manager at Kurtzman Carson Consultants LLC ("KCC"). I
23
    am over 21 years of age and am not a party to this action.  I have personal knowledge of the
24
    facts set forth herein and, if called as a witness, could and would testify competently thereto.
25
          2.      KCC was retained by the parties to serve as the Settlement Administrator to,
26
    among other tasks, mail the Class Notice (the "Notice"), receive and process Opt-Out requests,
27
    respond to Class Member inquiries; and perform other duties as specified in the Revised Class
28

1 | Action Settlement Agreement (the "Settlement Agreement") preliminarily approved by this
2 | Court on January 15, 2016.

3 |      3.    In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section
4 | 1715, KCC compiled a CD-ROM containing the following documents: Class Action Complaint
5 | (filed in Superior Court of the Commonwealth of Massachusetts), Defendants' Answer and
6 | Affirmative Defenses, Plaintiff's Unopposed Motion for Preliminary Approval of Settlement
7 | Agreement and Provisional Class Certification, Elizabeth Ryan Affidavit in Support of
8 | Plaintiff's Unopposed Motion for Preliminary Approval of Settlement Agreement, Declaration
9 | of Charles M. Delbaum, Statement of Experience Stuart T. Rossman, proposed Order
10 | Preliminary Approving Settlement, Class Notice, Class Action Settlement Agreement,
11 | [Proposed] Final Order Approving Class Action Settlement, and Judgment of Dismissal, which
12 | accompanied a cover letter (collectively, the "CAFA Notice Packet"). A copy of the cover letter
13 | is attached hereto as Exhibit A.

14 |      4.    On December 18, 2015, KCC caused fifty-eight (58) CAFA Notice Packets to be
15 | mailed via Priority Mail from the U.S. Post Office in Novato, California to the parties listed on
16 | Exhibit B, i.e., the U.S. Attorney General, the Attorneys General of each of the 50 States and the
17 | District of Columbia, the Attorneys General of the 5 recognized U.S. Territories, as well as
18 | parties of interest to this Action.

19 |      5.    As of the date of this Declaration, KCC has received no response to the CAFA
20 | Notice Packet from any of the recipients identified in paragraph 4 above.

21 |      6.    Mailed Notice. On January 29, 2016, the Defendant provided KCC with a list of
22 | 11,866 persons identified as the Class Member List, i.e. all persons who, since March 14, 2010
23 | through January 10, 2016, Cavalry Portfolio Services attempted to collect a Bank of America
24 | credit card account from.

25 |      7.    On or before January 29, 2016, KCC caused the addresses in the Class Member
26 | List to be updated using the National Change of Address system, which updates addresses for
27 | all people who had moved during the previous four years and filed a change of address with
28 | the U.S. Postal Service. New addresses were found for 1,123 Class Members. The Class

1  Member List was updated with these new addresses.

2       8.      On February 9, 2016, KCC mailed the Class Notice to each of the 11,866 unique

3  postal mailing addresses on the Settlement Class Member List.  A copy of the Class Notice is

4  attached hereto as Exhibit C.

5       9.      As of April 14, 2016, KCC has received a total of 24 Class Notices returned by the

6  U.S. Postal Service with forwarding addresses. KCC caused the Class Member list to be

7  updated with the new addresses and Class Notices to be re-mailed to the updated addresses.

8  As of April 14, 2016, KCC has received a total of 2,865 Class Notices returned by the U.S. Postal

9  Service without forwarding address information.  KCC conducted address searches which

10 yielded 1,703 updated addresses.  KCC promptly re-mailed Notices Packages to the updated

11 addresses

12      10.     Requests for Exclusion. The deadline for Class Members to request to be

13 excluded from the class was March 25, 2016. As of this date, KCC has received 9 requests for

14 exclusion. A list of the Class Members requesting to be excluded is attached hereto as Exhibit

15 D.

16      11.     Objections to the Settlement. The deadline for Class Members to object to the

17 Settlement was a postmarked deadline of March 25, 2016. As of this date, KCC has received no

18 objections to the settlement.

19

20 I declare under penalty of perjury pursuant to the laws of the State of California that the

21 foregoing is true and correct to the best of my knowledge. Executed on this 22nd day of April

22 2016 at San Rafael, California.

23

24  _____

25  Eric Robin

26

27

28

DECLARATION OF ERIC ROBIN RE: NOTICE PROCEDURES

**EXHIBIT A**



75 Rowland Way        415-798-5900 PHONE
Suite 250             415-892-7354 FAX
Novato, CA 94945      kccllc.com

December 18, 2015

VIA PRIORITY MAIL

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

Re:   Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

PILGRIM CHRISTAKIS LLP represents Cavalry Portfolio Services, LLC and Cavalry SPV I, LLC, ("Cavalry") in a putative class action lawsuit entitled *Andréa Spence, on behalf of herself and others similarly situated, v. Cavalry Portfolio Services, LLC and Cavalry SPV I, LLC,* Case No. 1:14-cv-12655-PBS.  The lawsuit is pending before the Honorable Patti B. Saris in the United States District Court for the District of Massachusetts.  This letter is to advise you that Plaintiff filed a Motion for Preliminary Approval of Class Action Settlement in connection with this class action lawsuit on December 9, 2015.

| | |
|---|---|
| **Case Name:** | *Andréa Spence, et al., v. Cavalry Portfolio Services, LLC, et al.* |
| **Case Number:** | 1:14-cv-12655-PBS |
| **Jurisdiction:** | United States District Court, District of Massachusetts |
| **Date Settlement Filed with Court:** | December 9, 2015 |

Cavalry denies any wrongdoing or liability whatsoever, but has decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation.  In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:

1.   **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:**  A copy of the original *Class Action Complaint* (filed in Superior Court of the Commonwealth of Massachusetts) and *Defendants' Answer and Affirmative Defense*s are included on the enclosed CD Rom.



«First» «Last»
December 18, 2015
Page 2

2.    **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** As of December 18, 2015, the Court has not yet scheduled a final fairness hearing in this matter. Plaintiff filed *Plaintiff's Unopposed Motion for Preliminary Approval of Settlement Agreement and Provisional Class Certification* requesting that a hearing take place within one hundred twenty days (120 days) after preliminary approval. Copies of *Plaintiff's Unopposed Motion for Preliminary Approval of Settlement Agreement and Provisional Class Certification, Elizabeth Ryan Affidavit in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Settlement Agreement, Declaration of Charles M. Delbaum, Statement of Experience Stuart T. Rossman,* and proposed *Order Preliminary Approving Settlement* are included on the enclosed CD Rom.

3.    **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** A copy of the *Class Notice* to be provided to the class is included on the enclosed CD Rom.

4.    **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** A copy of the *Class Action Settlement Agreement* is included on the enclosed CD Rom.

5.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** As of December 18, 2015, no other settlement or agreement has been entered into by the parties to this Action.

6.    **28 U.S.C. § 1715(b)(6) – Final Judgment:** No Final Judgment has been reached as of December 18, 2015, nor have any Notices of Dismissal been granted at this time. A copy of the *[Proposed] Final Order Approving Class Action Settlement, and Judgment of Dismissal* is included on the enclosed CD Rom.

7.    **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:** While Cavalry is in the process of gathering information on this issue, pursuant to 28 U.S.C. § 1715(b)(7)(A), at this time a complete list of names of class members as well as each State of residence is not available, because the parties do not presently know the names or current addresses of all the proposed settlement class members and will not learn this information until the Settlement is preliminarily approved and the Court authorizes dissemination of information about the Settlement through the Class Notice. Pursuant to 28 U.S.C. § 1715(b)(7)(B), it is estimated that there are approximately 11,000 individuals in the class.

8.    **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** As the proposed Settlement is still pending final approval by the Court, there are no other opinions available at this time. As of December 18, 2015, there has been no written judicial opinion related to the settlement.



«First» «Last»
December 18, 2015
Page 3


      If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact PILGRIM CHRISTAKIS LLP at kchristakis@pilgrimchristakis.com or (i312) 939-0920 immediately so that Cavalry can address any concerns or questions you may have.

      Thank you.

                       Sincerely,


                       */s/*
                       Patrick M. Passarella
                       Senior Vice President

Enclosure – CD Rom

# EXHIBIT B

| Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Richards | Craig W | Office of the Alaska Attorney General | P.O. Box 110300 | | Juneau | AK | 99811-0300 |
| Strange | Luther | Office of the Alabama Attorney General | 501 Washington Avenue | | Montgomery | AL | 36130-0152 |
| Rutledge | Leslie | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Brnovich | Mark | Office of the Arizona Attorney General | 1275 W. Washington Street | | Phoenix | AZ | 85007 |
| | CAFA Coordinator | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave, Suite 11000 | San Francisco | CA | 94102 |
| Coffman | Cynthia | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Jepsen | George | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 6106 |
| Racine | Karl A. | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 |
| Lynch | Loretta E. | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Denn | Matt | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Bondi | Pam | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Olens | Sam | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Chin | Douglas S. | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Wasden | Lawrence | State of Idaho Attorney General's Office | Statehouse | 700 W. Jefferson St | Boise | ID | 83720-0010 |
| Madigan | Lisa | Illinois Attorney General | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Zoeller | Greg | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave, 2nd Floor | | Topeka | KS | 66612-1597 |
| Conway | Jack | Office of the Kentucky Attorney General | 700 Capitol Ave | | Frankfort | KY | 40601 |
| Caldwell | James D. | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Healey | Maura | Office of the Attorney General of Massachusetts | 1 Ashburton Place | | Boston | MA | 02108-1518 |
| Frosh | Brian | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Mills | Janet | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| Schuette | Bill | Office of the Michigan Attorney General | P.O. Box 30212 | | Lansing | MI | 48909-0212 |
| Lori Swanson | Attorney General | Attention: CAFA Coordinator | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 |
| Koster | Chris | Missouri Attorney's Office | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Hood | Jim | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Fox | Tim | Office of the Montana Attorney General | Justice Bldg | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Cooper | Roy | Office of the North Carolina Attorney General | Department of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 |
| Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 |
| Peterson | Doug | Office of the Nebraska Attorney General | State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 |
| Foster | Joseph A. | New Hampshire Attorney General | State House Annex | 33 Capitol Street | Concord | NH | 03301-6397 |
| Hoffman | John Jay | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street   P.O. Box 080 | Trenton | NJ | 08625 |
| Balderas | Hector | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Laxalt | Adam Paul | Nevada Attorney General | Old Supreme Court Bldg. | 100 North Carson Street | Carson City | NV | 89701 |
| Schneiderman | Eric | Office of the New York Attorney General | Department of Law | The Capitol, 2nd Floor | Albany | NY | 12224 |
| DeWine | Mike | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 |
| Pruitt | Scott | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 |
| Kane | Kathleen | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| Kilmartin | Peter | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg | P.O. Box 11549 | Columbia | SC | 29211-1549 |
| Jackley | Marty | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Slattery, III | Herbert H. | Tennessee Attorney General and Reporter | 425 5th Avenue North | | Nashville | TN | 37243 |
| Paxton | Ken | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Reyes | Sean | Utah Office of the Attorney General | State Capitol, Room 236 | 350 N State St | Salt Lake City | UT | 84114-0810 |
| Herring | Mark | Richmond Virginia Attorney General | 900 East Main Street | | Richmond | VA | 23219 |
| Sorrell | William H. | Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Schimel | Brad | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol, RM 114 | East P.O. Box 7857 | Madison | WI | 53707-7857 |
| Morrisey | Patrick | West Virginia Attorney General | State Capitol Bldg. | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Michael | Peter K. | Office of the Wyoming Attorney General | State Capitol Bldg. | 200 W 24th St | Cheyenne | WY | 82002 |
| Ale | Talauega Eleasalo V | American Samoa Attorney General | Exec. Ofc. Bldg, Utulei | Territory of American Samoa | Page Pago | AS | 96799 |
| Barrett-Anderson | Elizabeth | Attorney General Office | 590 S. Marine Corps Drive | ITC Bldg, Suite 706 | Tamuning | Guam | 96913 |
| Hamburger | Edward | Northern Mariana Islands Attorney General | Administration Building | P.O. Box 10007 | Saipan | MP | 96950-8907 |
| Miranda-Rodriguez | Cesar R. | Puerto Rico Attorney General | P.O. Box 902192 | San Juan | San Juan | PR | 00902-0192 |
| Walker | Claude E. | Department of Justice | Virgin Islands Attorney General | 34-38 Kronprindsens Gade, GERS Bldg, 2nd Floor | St. Thomas | VI | 00802 |
| Christakis | Katrina | Pilgrim Christakis LLP | 321 N. Clark | 26th Floor | Chicago | IL | 60654 |

**EXHIBIT C**

*Spence v. Cavalry* **Settlement Administrator**
P.O. Box 40007
College Station, TX  77842-4007

# CVZ

«ScanString»
Postal Service: Please do not mark barcode

## Address Correction Requested

Claim#: CVZ-«AccountID»-«NoticeID»
«FirstName» «LastName»
«Attention»
«Address2»
«Address1»
«City», «StateCd» «Zip»
«CountryCd»

CVZCVR1

**United States District Court For The District of Massachusetts**

# If Cavalry Portfolio Services attempted to collect a Bank of America credit card account from you, your account balance may be reduced and you may get a payment from a class action.

*A Federal Court Ordered This Notice – It is Not A Solicitation From A Lawyer.*

- Cavalry Portfolio Services, LLC's records identify you as a Class Member in a class action lawsuit that was filed by Andréa Spence (the "Plaintiff") against Cavalry Portfolio Services, LLC (CPS) and Cavalry SPV I, LLC (SPV) (collectively "Cavalry").

- Under the proposed Settlement Cavalry has agreed to provide Class Members with a check in an amount to be determined, and also to reduce the balance owed to Cavalry by many Class Members. Details are below.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | |
|---|---|---|
| **DO NOTHING** | If you do nothing you will remain eligible to participate in the Settlement, and obtain benefits. You will be bound by the Court's final Judgment and the release of claims explained in the Settlement Agreement. | |
| **EXCLUDE YOURSELF** | If you exclude yourself from the Settlement, you will not receive any benefits from the Settlement. Excluding yourself is the only option that allows you to ever bring or maintain your own lawsuit against the Defendants regarding the allegations in the Action. | Deadline: **March 25, 2016** |
| **OBJECT** | You may write to the Court about why you object to the Settlement and think it shouldn't be approved. Filing an objection does not exclude you from the Settlement. | Deadline: **March 25, 2016** |

- These rights and options – **and the deadlines to exercise them** – are explained in more detail below.

The Court in charge of this Action has preliminarily approved the Settlement and must decide whether to give final approval to the Settlement. The relief provided to Class Members will be provided only if the Court gives final approval to the Settlement and, if there are any appeals, after the appeals are resolved in favor of the Settlement. *Please be patient.*

## WHAT THIS NOTICE CONTAINS

BASIC INFORMATION – THIS CASE .................................................................................... PAGE 1

HOW DO I KNOW IF I AM PART OF THE SETTLEMENT? ............................................... PAGE 2

THE SETTLEMENT BENEFITS – WHAT YOU GET ........................................................... PAGE 2

THE SETTLEMENT RELEASE – WHAT YOU WILL GIVE UP .......................................... PAGE 2

YOUR RIGHTS – EXCLUDE YOURSELF ............................................................................ PAGE 3

YOUR RIGHTS – OBJECT TO THE SETTLEMENT ........................................................... PAGE 3

FINAL APPROVAL HEARING .............................................................................................. PAGE 3

GETTING MORE INFORMATION ........................................................................................ PAGE 3

WHAT IF MY ADDRESS OR OTHER INFORMATION HAS CHANGED
OR CHANGES AFTER I RECEIVE MY NOTICE? ............................................................... PAGE 4

IMPORTANT ADDRESSES .................................................................................................... PAGE 4

IMPORTANT DATES .............................................................................................................. PAGE 4

ADDENDUM ........................................................................................................................... PAGE 4

## BASIC INFORMATION – THIS CASE

A class action lawsuit entitled *Spence v. Cavalry Portfolio Services LLC,* Case No. 1:14-cv-12655-PBS, is pending in the U.S. District Court for the District of Massachusetts. The lawsuit claims that Cavalry violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692 and M.G.L. c. 93 §§ 49 and 54 by charging interest that Plaintiff contends is not owed. Cavalry denies the claims, contends that it has numerous defenses to the action, and denies that class certification is required or appropriate.

The Court has not decided who is right or wrong in this lawsuit. Although no decision has been made about who is right and who is wrong, both sides have agreed to a proposed Settlement. A Settlement avoids the expense, delay and uncertainty of a trial and gets relief to Class Members more quickly. The Plaintiff and the attorneys for the Class think the Settlement is best for all Class Members.

The Action is called a "Class Action" because the Class Representative is suing on behalf of other people with similar claims, called "Class Members." The parties have agreed to treat the Action as a Class Action for settlement purposes only.

## HOW DO I KNOW IF I AM PART OF THE SETTLEMENT?

You are a Settlement Class Member if:

(1)   Cavalry SPV purchased your credit card debt from FIA Card Services, Inc. (Bank of America);

(2)   FIA Card Services had ceased charging interest to your account debt prior to selling it to SPV;

(3)   Cavalry Portfolio Services then added interest for a period of time prior to the date Cavalry SPV purchased the debt;

(4)   CPS attempted to collect that prepurchase interest from you, or reported a balance that included such interest to a credit reporting agency;

(5)   a judgment on the debt hasn't been entered against you as of the date of the Settlement Agreement;

(6)   you have not previously released your claim against Cavalry; and

(7)   you have not filed bankruptcy.

The class period is March 14, 2010 through January 10, 2016.

Cavalry reviewed its records and identified approximately 10,000 Class Members. Cavalry's records indicate that you are Class Member. If you were a co-borrower or co-obligor on an FIA account that was purchased by Cavalry, then you and each co-borrower or co-obligor as to that loan will be treated as a single Member of the Class for purposes of the proposed Settlement.

## THE SETTLEMENT BENEFITS – WHAT YOU GET

If the Settlement is approved by the Court, all Settlement Class Members will receive certain monetary benefits. If the Settlement is not approved by the Court, Settlement Class Members will not get any benefits of the Settlement and the parties will go back to Court for further proceedings, including possibly a trial. The parties have made their best efforts to negotiate a settlement that is fair and reasonable under the circumstances.

**Cash Payments**. Cavalry will pay $550,333 into a Settlement Fund which will be used to make cash payments to Settlement Class Members, as follows:

(1)   Settlement Class Members who paid any Prepurchase Interest, as defined in the Settlement Agreement (i.e. the interest charged by Cavalry for the time period after the account was charged off and before Cavalry purchased it), will be entitled to a full refund of those payments, which totals $142,800;

(2)   Settlement Class Members to whom Cavalry sent a collection letter or made an initial report to a credit bureau that contained Prepurchase Interest in the balance on or after March 13, 2013, will be entitled to a payment of $45.00, regardless of whether they also receive a refund;

(3)   Settlement Class Members who did not pay any Prepurchase Interest, and who do not qualify for a payment under Subsection (2) above, will be entitled to an equal share of the Settlement Fund remaining after deduction for the payments in Subsections (1) and (2) and a service award to the Class Representative, if approved by the Court. The parties estimate that the amount of the payment to each person under this Subsection (3) will be approximately $20.00.

**Interest Forgiveness**. In addition, for all Settlement Class Members, Cavalry will forgive all Prepurchase Interest remaining on their Accounts, an amount that exceeds $2 million in total.

**You do NOT need to do anything to receive these benefits.**

**Attorneys' Fees**. Counsel for the Settlement Class will seek attorneys' fees from the Settlement Fund of up to $275,167 and costs of $9,000, subject to approval by the Court at the final approval hearing referred to below. If the Court approves the request, the fees and costs will be paid by Cavalry.

**Representative Plaintiff Service Award**. The Representative Plaintiff will request a service award of up to $7,500 for her services as a class representative and her efforts in bringing the Action.

## THE SETTLEMENT RELEASE – WHAT YOU WILL GIVE UP

If the Court approves the proposed Settlement, unless you exclude yourself from the Settlement, you will be releasing your claims against Defendants. **A RELEASE MEANS THAT YOU WILL NOT BE ABLE TO FILE A LAWSUIT, CONTINUE PROSECUTING A LAWSUIT, OR BE PART OF ANY OTHER LAWSUIT AGAINST DEFENDANTS REGARDING CLAIMS RELATED TO THE ASSESSMENT OF PREPURCHASE INTEREST.**

## YOUR RIGHTS – EXCLUDE YOURSELF

If you are a Settlement Class Member, you are included in the Settlement unless you request to be excluded. If you remain in the Settlement Class and this Settlement is approved by the Court, you will receive the benefits described above. If you do not want to participate in the Settlement, you can exclude yourself or "opt out." If you exclude yourself, you will not receive any benefits from the Settlement, but you will not be bound by any judgment or release in this Action and will keep your right to sue Cavalry on your own if you want. If you exclude yourself, you may not object to the Settlement.

To exclude yourself, you must send a letter or postcard with your original signature stating: (a) the name and case number of the Action, "*Spence v. Cavalry,* Case No. 1:14-cv-12655-PBS"; (b) your full name, address, email address, and telephone number; and (c) a statement that you do not wish to participate in the Settlement, postmarked no later than March 25, 2016 to the Settlement Administrator at:

*Spence v. Cavalry* Settlement Administrator
P.O. Box 40007, College Station, TX 77842-4007

**IF YOU DO NOT MAKE A TIMELY AND VALID REQUEST FOR EXCLUSION,
YOU WILL REMAIN A CLASS MEMBER AND BE BOUND BY THE SETTLEMENT.**

## YOUR RIGHTS – OBJECT TO THE SETTLEMENT

If you do not request to be excluded, you may object to the Settlement. You may not do both. To object, you must send a letter saying that you object to "*Spence v. Cavalry Portfolio Services LLC,* Case No. 1:14-cv-12655-PBS" to Settlement Class Counsel, Cavalry's Counsel, and the Court at the addresses provided below. Be sure to include your name, address, telephone number, your signature, and the reasons you object to the Settlement. Mail the objection to these three different places, postmarked no later than March 25, 2016.

| CLASS COUNSEL | CAVALRY'S COUNSEL | COURT |
|---|---|---|
| Elizabeth Ryan<br>Bailey & Glasser LLP<br>99 High Street<br>Suite 304<br>Boston, MA 02110 | Katrina Christakis<br>Pilgrim Christakis LLP<br>321 N. Clark<br>26th Floor<br>Chicago, IL 60654 | United States District Court<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way<br>Suite 2300<br>Boston, MA 02210 |

You may, but need not, file and serve your objection through counsel of your choice. If you do make your objection through an attorney, you will be responsible for your personal attorneys' fees and costs.

**<u>IF YOU DO NOT TIMELY MAKE YOUR OBJECTION, YOU WILL BE DEEMED TO HAVE WAIVED
ALL OBJECTIONS AND WILL NOT BE ENTITLED TO SPEAK AT THE FINAL APPROVAL HEARING</u>**.

If you properly file and serve a written objection, you may appear at the Final Approval Hearing, either in person or through personal counsel hired at your expense, to object to the Settlement Agreement. You are not required, however, to appear. If you, or your attorney, intend to make an appearance at the Final Approval Hearing, you must also deliver to Class Counsel and Defendants' Counsel, and file with the Court, no later than (*i.e.,* postmarked by) April 1, 2016, a "Notice of Intention to Appear".

If you intend to appear at the Final Approval Hearing through counsel, you must also identify the attorney(s) representing you who will appear at the Final Approval Hearing. Also, if you intend to request the Court to allow you to call witnesses at the Final Approval Hearing, such request must be made in your written brief, which must also contain a list of any such witnesses and a summary of each witness's expected testimony.

## FINAL APPROVAL HEARING

The Court will hold a hearing on May 2, 2016 at 2:30 p.m. in Courtroom 19 at the U.S. District Court for the District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, to decide whether to give final approval to the Settlement. The purpose of the Final Approval Hearing will be for the Court to determine whether the Settlement is fair, reasonable, adequate, and in the best interests of the Class; to consider the award of attorneys' fees and costs to Class Counsel; to consider the request for a service award to the Representative Plaintiff; and to consider whether the Settlement Class Members should be bound by the Release and be prohibited from suing over Released Claims.

The hearing may be postponed to a different date or time or location without notice. Please contact the Settlement Administrator or class counsel for any updates about the Settlement generally or the Final Approval Hearing specifically. At that hearing, the Court will hear any Objections and arguments concerning the fairness of the Settlement. You may attend, but you do not have to. You may speak at the Final Approval Hearing only if (a) you have timely served and filed a proper Objection, and (b) you have timely served and filed a Notice of Intent to Appear.

If you have requested exclusion from the Settlement, however, you may not speak at the Final Approval Hearing.

## GETTING MORE INFORMATION

This Notice, which has been approved by the Court, is only a summary. You may contact the Settlement Administrator at the postal mailing address: *Spence v. Cavalry* Settlement Administrator, P.O. Box 40007, College Station, TX 77842-4007.

If you have additional questions you may contact Class Counsel at the address below. All of the records and other papers filed in the Action, including the Settlement Agreement, are on file with the Court and can be inspected during regular business hours at the Clerk's Office. The Clerk of the Court is located at the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, MA 02210. **Please do not contact the Judge concerning this case.**

| WHAT IF MY ADDRESS OR OTHER INFORMATION HAS CHANGED OR CHANGES AFTER I RECEIVE MY NOTICE? |
|---|

It is your responsibility to inform the Settlement Administrator of your updated information so that a check may be sent to you if the Settlement is approved. You may do so at the address below:

*Spence v. Cavalry* Settlement Administrator
P.O. Box 40007, College Station, TX 77842-4007

| IMPORTANT ADDRESSES |
|---|

### Class Counsel:

| | |
|---|---|
| Elizabeth A. Ryan<br>Bailey & Glasser LLP<br>99 High Street, Suite 304<br>Boston, MA 02110<br>Tel: 617.439.6730<br>Fax: 617.951.3954<br>eryan@baileyglasser.com | Charles M. Delbaum<br>Stuart T. Rossman<br>National Consumer Law Center<br>7 Winthrop Square, 4th Floor<br>Boston, MA 02110<br>Tel: 617.542.8010<br>cdelbaum@nclc.org |

### Defendants' Counsel:

Katrina Christakis
Pilgrim Christakis LLP
321 N. Clark, 26th Floor
Chicago, IL 60654
Tel: 312.939.0920
Fax: 312.939.0983
kchristakis@pilgrimchristakis.com

### Settlement Administrator:

*Spence v. Cavalry* Settlement Administrator
P.O. Box 40007, College Station, TX 77842-4007

| IMPORTANT DATES |
|---|

| | |
|---|---|
| **April 1, 2016** | All NOTICES OF APPEARANCES, MOTIONS, OR OTHER SUBMISSIONS must be postmarked and mailed or hand-delivered to the Court and postmarked and mailed or hand-delivered to Class Counsel and Defendants' Counsel. |
| **March 25, 2016** | All OPT OUTS/REQUESTS FOR EXCLUSION must be postmarked and mailed to the Settlement Administrator. |
| **March 25, 2016** | All OBJECTIONS must be postmarked and mailed or hand-delivered to the Court and postmarked and mailed or hand-delivered to Class Counsel and Defendants' Counsel. |
| **May 2, 2016 at 2:30 p.m.** | FINAL APPROVAL HEARING. |

Dated: January 15, 2016

By: Order of the District of Massachusetts
HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT COURT JUDGE

### Addendum

As provided for in Section 1 of the Settlement Agreement, the terms of the Release, as embodied in the Settlement Agreement, are reproduced below:

### RELEASE

1.14.   "Released Claims" means and includes any and all claims, demands, actions, causes of action, rights, offsets, suits, damages, lawsuits, liens, costs, losses, expenses or liabilities of any kind whatsoever, for any relief whatsoever, whether known or unknown, arising since March 14, 2010 from the facts alleged in the Amended Complaint, including Cavalry's assessment of and attempt to collect "Prepurchase Interest." "Prepurchase Interest" means interest CPS assessed on a Settlement Class Member's Account for a time period after the Account was charged off by FIA and prior to the date SPV purchased the Account.

**EXHIBIT D**

4/22/2016
**Exclusion Report**

3301 Kerner Blvd
San Rafael, CA 94901
(415) 461-0410



**Count**
**9**

| ContactID | Last Name | First Name |
|---|---|---|
| 5283 | Jerome | Krista |
| 5417 | Joseph | Junie |
| 7060 | Kerzner | Elena |
| 5971 | Larochelle | Rosario J |
| 5614 | Mayer | Gregory |
| 6889 | McLaren | Chris |
| 8858 | Prevoir | Barbara M |
| 9686 | Sacks | Christopher |
| 10478 | Spencer | Knollin |