## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Andrea Spence
_____

       Plaintiff

                                          CIVIL ACTION
                                          NO. 1:14-cv-12655-PBS

       V.

Cavalry Portfolio Services, LLC , et al.
_____

       Defendant

## ORDER OF DISMISSAL

 SARIS, Chief D. J.


In accordance with the Court's  Order dated   May 2, 2016 entering the Final Order

Approving Class Actions Settlement  (Docket No. 90), it is hereby ORDERED that the

above-entitled action be and hereby is dismissed.


                                          By the Court,

7/27/2016                                 /s/ C. Geraldino-Karasek
_____                  _____

       Date                               Deputy Clerk